*F,/ec*
*7/26/07 mR*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'07 CIV 6767**

—————————————————————— x
                             :

THOMAS H. LEE EQUITY FUND V, L.P.,    :
THOMAS H. LEE PARALLEL FUND V, L.P., :
and THOMAS H. LEE EQUITY (CAYMAN)  :
FUND V, L.P.,                     :
                             :
          Plaintiffs,       :
                             :
         v.            :
                             :
MAYER, BROWN, ROWE & MAW LLP,    :
                             :
                             :
         Defendants.     :
—————————————————————— x

07 Civ. _____ ( ___ )

**Rule 7.1 Statement**



RECEIVED
JUL 2 6 2007
U.S.D.C. S.D. N.Y.
CASHIERS

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P. and Thomas H. Lee Equity (Cayman) Fund V, L.P. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

      Spectrum Brands, Inc.

      Warner Music Group Corp.

      Warner Chilcott, Ltd.

      Fidelity National Information Services, Inc.

New York, New York
July 26, 2007

By: _____
    Greg A. Danilow (GD-1621)
    WEIL, GOTSHAL & MANGES LLP
    767 5th Avenue
    New York, New York  10153
    (212) 310-8000

    Attorneys for Plaintiffs