UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P.,                : 07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,       :
and THOMAS H. LEE EQUITY (CAYMAN)         : **NOTICE OF APPEARANCE**
FUND V, L.P.,                                                       :
                                                                              :
                                    Plaintiffs,                       :
         v.                                                                :
                                                                              :
MAYER, BROWN, ROWE & MAW LLP,           :
                                                                              :
                                    Defendant.                     :
                                                                              :
-----------------------------------------------------------------x

      Please take notice that Thomas G. Ward of Williams & Connolly LLP, with offices located at 725 Twelfth St., NW, Washington, DC 20005, hereby appears in the above-captioned action on behalf of defendant Mayer, Brown, Rowe & Maw LLP, which is a combination of two limited liability partnerships both named Mayer, Brown, Rowe & Maw LLP, one established in Illinois and the other incorporated in England.

      I hereby certify that I am admitted to practice before this Court.

      Respectfully submitted,

_Thomas Ward /by permission JW_
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth St., NW
Washington, DC 20005
Telephone: (202) 434-5000

Dated: Washington, D.C.
       August 24, 2007

**CERTIFICATE OF SERVICE**

      I, Thomas G. Ward, hereby certify that on this 24th day of August, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served via overnight delivery on the following counsel:

Greg A. Danilow, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(202) 310-8000

*Attorney for Plaintiffs*

Thomas Ward /by permission JW
Thomas G. Ward (TW-6255)