UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                                                :

THOMAS H. LEE EQUITY FUND V, L.P.,       :      07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,   :
and THOMAS H. LEE EQUITY (CAYMAN)   :      **RULE 7.1 DISCLOSURE**
FUND V, L.P.,                                               :      **STATEMENT OF DEFENDANT**
                                                                                 :      **MAYER, BROWN,**
                           Plaintiffs,              :      **ROWE & MAW LLP**
      v.                                                     :

MAYER, BROWN, ROWE & MAW LLP,         :

                         Defendant.              :
---------------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1, Mayer, Brown, Rowe & Maw LLP, by its undersigned counsel, files this corporate disclosure statement.

        Mayer, Brown, Rowe & Maw is a combination of two limited liability partnerships, each of which are named Mayer, Brown, Rowe & Maw LLP.  One is established in Illinois ("Mayer Brown Illinois") and the other is incorporated in England ("Mayer Brown UK"). Neither entity has any parent corporation and no publicly traded company owns any portion of either partnership.

        By filing this statement, neither Mayer Brown Illinois nor Mayer Brown UK waives any defenses, including, *inter alia*, defenses regarding jurisdiction over the person, all of which are expressly reserved.

By: *Thomas Ward*/by permission
John K. Villa (*pro hac vice* motion pending)
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth St., NW
Washington, DC  20005
Telephone: (202) 434-5000
*Attorneys for Defendant Mayer, Brown, Rowe & Maw LLP (consisting of Mayer Brown Illinois and Mayer Brown UK)*

Dated: New York, New York
       August 24, 2007

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 24th day of August, 2007, I caused a true and correct copy of the Rule 7.1 Disclosure Statement of Defendant Mayer, Brown, Rowe & Maw LLP to be served via overnight delivery upon:

Greg A. Danilow, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(202) 310-8000

*Attorney for Plaintiffs*


_____
Thomas G. Ward (TW-6255) /by permission