UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P.,       :   07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,     :
and THOMAS H. LEE EQUITY (CAYMAN)        :   **MOTION FOR *PRO HAC***
FUND V, L.P.,                            :   ***VICE* ADMISSION OF**
                                         :   **JOHN K. VILLA**
            Plaintiffs,                  :
                                         :
    v.                                   :
                                         :
MAYER, BROWN, ROWE & MAW LLP,            :
                                         :
            Defendant.                   :
                                         :
------------------------------------------------------------x

     Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for the admission *pro hac vice* of the following attorney in the above-captioned matter:

          John K. Villa, Esquire
          Williams & Connolly LLP
          725 Twelfth Street, N.W.
          Washington, D.C. 20005
          Tel. (202) 434-5000
          Fax. (202) 434-5029

     Mr. Villa is a member in good standing of the bars of the District of Columbia and Michigan (inactive). This Motion is based on the accompanying Declaration of Thomas G. Ward and Certificates of Good Standing from the District of Columbia and Michigan Bars. A proposed Order is attached hereto.

- 2 -

Respectfully submitted,

By: *[signature: Thomas G. Ward]*

Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

*Counsel for Defendant Mayer, Brown, Rowe & Maw LLP, consisting of two limited liability partnerships, one established in Illinois and the other incorporated in England*

Dated: Washington, DC
       September 5, 2007

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 5th day of September, 2007, I caused a true and correct copy of the Notice of Motion for *Pro Hac Vice* Admission of John K. Villa to be served via overnight delivery upon:

Greg A. Danilow, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(202) 310-8000

*Attorney for Plaintiffs*

_____
Thomas G. Ward (TW-6255)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------x
                                                             :
THOMAS H. LEE EQUITY FUND V, L.P.,          :    07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,        :
and THOMAS H. LEE EQUITY (CAYMAN)           :    **DECLARATION OF**
FUND V, L.P.,                                :    **THOMAS G. WARD IN**
                                             :    **SUPPORT OF MOTION FOR**
                      Plaintiffs,            :    ***PRO HAC VICE* ADMISSION**
            v.                               :    **OF JOHN K. VILLA**
                                             :
MAYER, BROWN, ROWE & MAW LLP,                :
                                             :
                      Defendant.             :
                                             :
-------------------------------------------------------------x

I, THOMAS G. WARD, declare as follows:

1. I am an attorney with the law firm of Williams & Connolly LLP, attorneys for Defendant in the above-captioned matter, and a member in good standing of the bar of this Court since March 28, 2005. I submit this declaration in support of the Motion for *Pro Hac Vice* Admission of John K. Villa in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

2. I have known Mr. Villa since November 1998. Mr. Villa is an attorney of the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

3. Mr. Villa is a member in good standing of the bars of the District of Columbia and Michigan (inactive). In connection with this motion, I am submitting Certificates of Good Standing issued by these two bars. I am aware of no pending disciplinary proceedings against Mr. Villa in any state or federal court.

- 2 -

4.      For the foregoing reasons, I respectfully move the *pro hac vice* admission of John K. Villa in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on September 5, 2007.

*[signature]*

Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Defendant Mayer, Brown, Rowe & Maw LLP, consisting of two limited liability partnerships, one established in Illinois and the other incorporated in England*



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN K. VILLA

was on the 6TH day of NOVEMBER, 1975 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 15, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

## John K. Villa

was admitted to the practice of law in the courts of the State of Michigan on

## December 21, 1973

and has remained in good standing since then.

In Testimony Whereof, I set my hand and
affix the seal of the Michigan Supreme
Court on this date: August 16, 2007

_____
              Clerk
Deputy

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x
                                                            :
THOMAS H. LEE EQUITY FUND V, L.P.,                          :    07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,                        :
and THOMAS H. LEE EQUITY (CAYMAN)                           :    ORDER ADMITTING COUNSEL
FUND V, L.P.,                                               :    PRO HAC VICE
                                                            :
                        Plaintiffs,                         :
          v.                                                :
                                                            :
MAYER, BROWN, ROWE & MAW LLP,                               :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------x
```

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of John K. Villa, Esquire, in the above-captioned matter, it is this _____ day of _____ 2007, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT John K. Villa shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

_____, 2007

---

The Honorable Gerard D. Lynch
United States District Judge