UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
---------------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P.,           :   07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,         :
and THOMAS H. LEE EQUITY (CAYMAN)            :   **MOTION FOR *PRO HAC***
FUND V, L.P.,                                :   ***VICE* ADMISSION OF**
                                             :   **WILLIAM T. BURKE**
                 Plaintiffs,                 :
     v.                                      :
                                             :
MAYER, BROWN, ROWE & MAW LLP,                :
                                             :
                 Defendant.                  :
                                             :
---------------------------------------------------------------x

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for

the admission *pro hac vice* of the following attorney in the above-captioned matter:

        William T. Burke, Esquire
        Williams & Connolly LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Tel. (202) 434-5000
        Fax. (202) 434-5029

Mr. Burke is a member in good standing of the bars of the District of Columbia,

and Virginia. This Motion is based on the accompanying Declaration of Thomas G. Ward and

Certificates of Good Standing from the District of Columbia and Virginia Bars. A proposed

Order is attached hereto.

- 2 -

Respectfully submitted,

By: *[signature: Thomas G. Ward]*

Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

*Counsel for Defendant Mayer, Brown, Rowe & Maw LLP, consisting of two limited liability partnerships, one established in Illinois and the other incorporated in England*

Dated: Washington, DC
       September 5, 2007

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 5th day of September, 2007, I caused a true and correct copy of the Notice of Motion for *Pro Hac Vice* Admission of William T. Burke to be served via overnight delivery upon:

Greg A. Danilow, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(202) 310-8000

*Attorney for Plaintiffs*

_____
Thomas G. Ward (TW-6255)

# Exhibit A

Case 1:07-cv-06767-GEL    Document 9    Filed 09/06/2007    Page 4 of 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x

THOMAS H. LEE EQUITY FUND V, L.P., : 07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P., :
and THOMAS H. LEE EQUITY (CAYMAN) : **DECLARATION OF**
FUND V, L.P., : **THOMAS G. WARD IN**
: **SUPPORT OF MOTION FOR**
               Plaintiffs, : ***PRO HAC VICE* ADMISSION**
    v. : **OF WILLIAM T. BURKE**
:
MAYER, BROWN, ROWE & MAW LLP, :
:
               Defendant. :
:
------------------------------------------------------------x

I, THOMAS G. WARD, declare as follows:

    1.    I am an attorney with the law firm of Williams & Connolly LLP, attorneys for Defendant in the above-captioned matter, and a member in good standing of the bar of this Court since March 28, 2005.  I submit this declaration in support of the Motion for *Pro Hac Vice* Admission of William T. Burke in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

    2.    I have known Mr. Burke since August 2000.  Mr. Burke is an attorney of the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

    3.    Mr. Burke is a member in good standing of the bars of the District of Columbia, Maryland and Virginia.  In connection with this motion, I am submitting Certificates of Good Standing issued by these two bars.  I am aware of no pending disciplinary proceedings against Mr. Burke in any state or federal court.

4.  For the foregoing reasons, I respectfully move the *pro hac vice* admission of William T. Burke in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on September 5, 2007.

*/s/ Thomas G. Ward*
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Defendant Mayer, Brown, Rowe & Maw LLP, consisting of two limited liability partnerships, one established in Illinois and the other incorporated in England*



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

WILLIAM T. BURKE

was on the  11TH  day of  MAY, 2001  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 15, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

WILLIAM TRAVERS BURKE

was admitted to practice as an attorney and counsellor at the bar of this Court on January 11, 1996.

I further certify that so far as the records of this office are concerned, WILLIAM TRAVERS BURKE is a member of the bar of this Court in good standing.

*Witness* my hand and seal of said Court
This 17th day of August
A.D. 2007

By: _____
*Deputy Clerk*

# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x
                                                            :
THOMAS H. LEE EQUITY FUND V, L.P.,          :     07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,        :
and THOMAS H. LEE EQUITY (CAYMAN)           :     **ORDER ADMITTING COUNSEL**
FUND V, L.P.,                               :     *PRO HAC VICE*
                                            :
                        Plaintiffs,         :
        v.                                  :
                                            :
MAYER, BROWN, ROWE & MAW LLP,               :
                                            :
                        Defendant.          :
                                            :
------------------------------------------------------------x

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of William T. Burke, Esquire, in the above-captioned matter, it is this ___ day of _____ 2007, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT William T. Burke shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

_____, 2007

_____
The Honorable Gerard D. Lynch
United States District Judge