UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
                                                        :
THOMAS H. LEE EQUITY FUND V, L.P.,      :      07-CV-06767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,    :
and THOMAS H. LEE EQUITY (CAYMAN)       :
FUND V, L.P.,                                           :
                                    Plaintiffs,       :      **NOTICE OF**
                                                        :      **APPEARANCE**
                                                        :
                      v.                                :
                                                        :
MAYER, BROWN, ROWE & MAWE LLP,          :
                                                        :
                                    Defendant.       :
———————————————————————— x

        Please take notice that the undersigned, of the law firm of Kellogg, Huber, Hansen, Todd,

Evans & Figel, P.L.L.C., is hereby entering an appearance of co-counsel of record with Weil,

Gotshal & Manges LLP for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee

Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P.

Dated: September 11, 2007

                                          KELLOGG, HUBER, HANSEN, TODD,
                                            EVANS & FIGEL, P.L.L.C.

                                          By: /s/ Kevin B. Huff
                                                  Kevin B. Huff
                                          1615 M Street, N.W., Suite 400
                                          Washington, D.C. 20036
                                          (202) 326-7900

To:      All Counsel of Record