UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------x

THOMAS H. LEE EQUITY FUND V, L.P., : 07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P., :
and THOMAS H. LEE EQUITY (CAYMAN) : **ORDER ADMITTING COUNSEL**
FUND V, L.P., : *PRO HAC VICE*
:
Plaintiffs, :
v. :
:   USDC SDNY
MAYER, BROWN, ROWE & MAW LLP, :   DOCUMENT
:   ELECTRONICALLY FILED
Defendant. :   DOC #:
:   DATE FILED: 9/12/07
-----------------------------------------------------------x

This matter having been brought before the Court by motion pursuant to Local

Civil Rule 1.3(c) for the admission *pro hac vice* of John K. Villa, Esquire, in the above-captioned

matter, it is this **11th** day of **Sept** 2007, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT John K. Villa shall be admitted *pro hac vice*

in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office

for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

__Sept- 11__, 2007

_____
The Honorable Gerard D. Lynch
United States District Judge