UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------------x
                                                      :
THOMAS H. LEE EQUITY FUND V, L.P.,          :        07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,     :
and THOMAS H. LEE EQUITY (CAYMAN)      :        **ORDER ADMITTING COUNSEL**
FUND V, L.P.,                                                 :        *PRO HAC VICE*
                                                      :
                             Plaintiffs,            :
                   v.                                 :
                                                      :
MAYER, BROWN, ROWE & MAW LLP,         :
                                                      :
                             Defendant.           :
                                                      :
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

          This matter having been brought before the Court by motion pursuant to Local

Civil Rule 1.3(c) for the admission *pro hac vice* of William T. Burke, Esquire, in the above-

captioned matter, it is this 11th day of ___Sept___ 2007, hereby

                   ORDERED that the motion is GRANTED, and

                   IT IS FURTHER ORDERED THAT William T. Burke shall be admitted *pro hac*

*vice* in the above-captioned matter.  Counsel shall remit the required $25 fee to the Cashier's

Office for this *pro hac vice* admission.

SO ORDERED.

Dated:  New York, NY

          ___Sept  11___, 2007

                                        _____
                                        The Honorable Gerard D. Lynch
                                        United States District Judge