UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
---------------------------------------------------------------x
                                                               :
THOMAS H. LEE EQUITY FUND V, L.P.,                             :   07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,                           :
and THOMAS H. LEE EQUITY (CAYMAN)                              :   **MOTION FOR *PRO HAC***
FUND V, L.P.,                                                  :   ***VICE* ADMISSION OF**
                                                               :   **MICHAEL S. SUNDERMEYER**
                              Plaintiffs,                      :
              v.                                               :
                                                               :
MAYER, BROWN, ROWE & MAW LLP,                                  :
                                                               :
                              Defendant.                       :
                                                               :
---------------------------------------------------------------x

  Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for the admission *pro hac vice* of the following attorney in the above-captioned matter:

> Michael S. Sundermeyer, Esquire
> Williams & Connolly LLP
> 725 Twelfth Street, N.W.
> Washington, D.C. 20005
> Tel. (202) 434-5000
> Fax. (202) 434-5029

  Mr. Sundermeyer is a member in good standing of the bars of the District of Columbia, Maryland and Virginia. This Motion is based on the accompanying Declaration of Thomas G. Ward and Certificates of Good Standing from the District of Columbia, Maryland, and Virginia Bars. A proposed Order is attached hereto.

Respectfully submitted,

By: *[signature: Thomas G. Ward]*

Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

*Counsel for Defendant Mayer, Brown, Rowe & Maw LLP, consisting of two limited liability partnerships, one established in Illinois and the other incorporated in England*

Dated: Washington, DC
September 5, 2007

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 5th day of September, 2007, I caused a true and correct copy of the Notice of Motion for *Pro Hac Vice* Admission of Michael S. Sundermeyer to be served via overnight delivery upon:

Greg A. Danilow, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(202) 310-8000

*Attorney for Plaintiffs*

                                                          */s/ Thomas G. Ward*
                                                          Thomas G. Ward (TW-6255)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., | 07 Civ. 6767 (GEL) |
| Plaintiffs, | **DECLARATION OF THOMAS G. WARD IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL S. SUNDERMEYER** |
| v. | |
| MAYER, BROWN, ROWE & MAW LLP, | |
| Defendant. | |

-----------------------------------------------------------x

I, THOMAS G. WARD, declare as follows:

1.  I am an attorney with the law firm of Williams & Connolly LLP, attorneys for Defendant in the above-captioned matter, and a member in good standing of the bar of this Court since March 28, 2005. I submit this declaration in support of the Motion for *Pro Hac Vice* Admission of Michael S. Sundermeyer in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

2.  I have known Mr. Sundermeyer since November 1998. Mr. Sundermeyer is an attorney of the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

3.  Mr. Sundermeyer is a member in good standing of the bars of the District of Columbia, Maryland and Virginia. In connection with this motion, I am submitting Certificates of Good Standing issued by these three bars. I am aware of no pending disciplinary proceedings against Mr. Sundermeyer in any state or federal court.

4.	For the foregoing reasons, I respectfully move the *pro hac vice* admission of Michael S. Sundermeyer in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on September 5, 2007.

*[signature]*
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Defendant Mayer, Brown, Rowe & Maw LLP, consisting of two limited liability partnerships, one established in Illinois and the other incorporated in England*



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MICHAEL S. SUNDERMEYER

was on the 29TH day of JULY, 1977 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 15, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



# Certificate of Good Standing

**UNITED STATES OF AMERICA**

**DISTRICT OF MARYLAND**

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY** that **MICHAEL S. SUNDERMEYER, ESQUIRE, BAR NUMBER 03364**, was duly admitted to practice in the United States District Court for the District of Maryland on **SEPTEMBER 19, 1986**, and is currently in good standing as a member of the bar of this Court.

Dated at Greenbelt, Maryland

Date: **AUGUST 20, 2007**

FELICIA C. CANNON
Clerk

Catherine Scaffidi - Deputy Clerk

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

MICHAEL SHOBE SUNDERMEYER

was admitted to practice as an attorney and counsellor at the bar of this Court on November 22, 1976.

I further certify that so far as the records of this office are concerned, MICHAEL SHOBE SUNDERMEYER is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 17th day of August
A.D. 2007

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------------------------------x
                                                                :
THOMAS H. LEE EQUITY FUND V, L.P.,                              :    07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,                            :
and THOMAS H. LEE EQUITY (CAYMAN)                               :    **ORDER ADMITTING COUNSEL**
FUND V, L.P.,                                                   :    *PRO HAC VICE*
                                                                :
        Plaintiffs,                                           :
   v.                                                           :
                                                                :
MAYER, BROWN, ROWE & MAW LLP,                                   :
                                                                :
        Defendant.                                            :
                                                                :
----------------------------------------------------------------x

       This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Michael S. Sundermeyer, Esquire, in the above-captioned matter, it is this ____ day of _____ 2007, hereby

       ORDERED that the motion is GRANTED, and

       IT IS FURTHER ORDERED THAT Michael S. Sundermeyer shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

       _____, 2007

                                                                _____
                                                       The Honorable Gerard D. Lynch
                                                       United States District Judge