UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x

THOMAS H. LEE EQUITY FUND V, L.P., : 07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P., :
and THOMAS H. LEE EQUITY (CAYMAN) : **MOTION FOR *PRO HAC***
FUND V, L.P., : ***VICE* ADMISSION OF**
: **DANIEL P. SHANAHAN**
                Plaintiffs, :
    v. :
:
MAYER, BROWN, ROWE & MAW LLP, :
:
                Defendant. :
:
------------------------------------------------------------x

      Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for the admission *pro hac vice* of the following attorney in the above-captioned matter:

           Daniel P. Shanahan, Esquire
           Williams & Connolly LLP
           725 Twelfth Street, N.W.
           Washington, D.C. 20005
           Tel. (202) 434-5000
           Fax. (202) 434-5029

      Mr. Shanahan is a member in good standing of the bars of the District of Columbia and Maryland. This Motion is based on the accompanying Declaration of Thomas G. Ward and Certificates of Good Standing from the District of Columbia and Maryland Bars. A proposed Order is attached hereto.

- 2 -

                    Respectfully submitted,

By: *[signature: Thomas G. Ward]*
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

*Counsel for Defendant Mayer, Brown, Rowe & Maw LLP, consisting of two limited liability partnerships, one established in Illinois and the other incorporated in England*

Dated: Washington, DC
       September 5, 2007

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 5th day of September, 2007, I caused a true and correct copy of the Notice of Motion for *Pro Hac Vice* Admission of Daniel P. Shanahan to be served via overnight delivery upon:

Greg A. Danilow, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(202) 310-8000

*Attorney for Plaintiffs*

_____
Thomas G. Ward (TW-6255)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x
                                            :
THOMAS H. LEE EQUITY FUND V, L.P.,          :   07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,        :
and THOMAS H. LEE EQUITY (CAYMAN)           :   **DECLARATION OF**
FUND V, L.P.,                               :   **THOMAS G. WARD IN**
                                            :   **SUPPORT OF MOTION FOR**
                        Plaintiffs,         :   ***PRO HAC VICE* ADMISSION**
        v.                                  :   **OF DANIEL P. SHANAHAN**
                                            :
MAYER, BROWN, ROWE & MAW LLP,               :
                                            :
                        Defendant.          :
                                            :
------------------------------------------------------------x

I, THOMAS G. WARD, declare as follows:

   1.   I am an attorney with the law firm of Williams & Connolly LLP, attorneys for Defendant in the above-captioned matter, and a member in good standing of the bar of this Court since March 28, 2005. I submit this declaration in support of the Motion for *Pro Hac Vice* Admission of Daniel P. Shanahan in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

   2.   I have known Mr. Shanahan since May 2005. Mr. Shanahan is an attorney of the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

   3.   Mr. Shanahan is a member in good standing of the bars of the District of Columbia and Maryland. In connection with this motion, I am submitting Certificates of Good Standing issued by these two bars. I am aware of no pending disciplinary proceedings against Mr. Shanahan in any state or federal court.

4. For the foregoing reasons, I respectfully move the *pro hac vice* admission of Daniel P. Shanahan in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on September 5, 2007.

*[signature]*

Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Defendant Mayer, Brown, Rowe & Maw LLP, consisting of two limited liability partnerships, one established in Illinois and the other incorporated in England*



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DANIEL P. SHANAHAN

was on the 10TH day of JANUARY, 2005 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 15, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



# Certificate of Good Standing

UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that DANIEL P. SHANAHAN, ESQUIRE, BAR NUMBER 16558, was duly admitted to practice in the United States District Court for the District of Maryland on SEPTEMBER 6, 2005, and is currently in good standing as a member of the bar of this Court.

Dated at Greenbelt, Maryland

FELICIA C. CANNON
Clerk

Date: AUGUST 20, 2007

Catherine Scaffidi - Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x
                                                            :
THOMAS H. LEE EQUITY FUND V, L.P.,                          :   07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,                        :
and THOMAS H. LEE EQUITY (CAYMAN)                           :   **ORDER ADMITTING COUNSEL**
FUND V, L.P.,                                               :   *PRO HAC VICE*
                                                            :
            Plaintiffs,                                     :
    v.                                                      :
                                                            :
MAYER, BROWN, ROWE & MAW LLP,                               :
                                                            :
            Defendant.                                      :
                                                            :
------------------------------------------------------------x

       This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Daniel P. Shanahan, Esquire, in the above-captioned matter, it is this ___ day of _____ 2007, hereby

       ORDERED that the motion is GRANTED, and

       IT IS FURTHER ORDERED THAT Daniel P. Shanahan shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

       _____, 2007

                                                        The Honorable Gerard D. Lynch
                                                           United States District Judge