*Lynch, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P.,                : 07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,              :
and THOMAS H. LEE EQUITY (CAYMAN)                 : **STIPULATION AND ORDER**
FUND V, L.P.,                                     :
:
            Plaintiffs,               :
:
   v.                                           :
:
MAYER, BROWN, ROWE & MAW LLP,                     :
:
            Defendant.                :
:
---------------------------------------------------------------x

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 9/13/07]

       IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties that:

       Defendant Mayer Brown LLP, first known as Mayer, Brown, Rowe & Maw LLP, the limited liability partnership established in Illinois ("Mayer Brown Illinois"), shall be permitted to file a memorandum of law of up to forty (40) pages in support of its motion to dismiss the Complaint.

Dated: New York, New York
September 11, 2007

By: *Greg A. Danilow /TGW*
Greg A. Danilow (GD-1621)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000

-- and --

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
*Attorneys for Plaintiffs*
*Thomas H. Lee Equity Fund V, L.P.,*
*Thomas H. Lee Parallel Fund V, L.P., and*
*Thomas H. Lee Equity (Cayman) Fund V, L.P.*

By: *Thomas G. Ward*
John K. Villa (*pro hac vice* motion pending)
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth St., NW
Washington, DC 20005
Tel.: (202) 434-5000
*Attorneys for Defendant Mayer, Brown,*
*Rowe & Maw LLP (consisting of Mayer*
*Brown Illinois and Mayer Brown UK)*

SO ORDERED.

Dated: New York, NY

        Sept 12      , 2007

The Honorable Gerard E. Lynch
United States District Judge

2

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 11th day of September, 2007, I caused a true and correct copy of the Stipulation and Order, as executed between the parties, to be served via overnight delivery upon:

Greg A. Danilow, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

Mark C. Hansen
Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

Thomas G. Ward (TW-6255)