UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



THOMAS H. LEE EQUITY V, L.P.,
THOMAS H. LEE PARALLEL FUND V, L.P.,
and THOMAS H. LEE EQUITY (CAYMAN)
FUND V, L.P.,

        Plaintiffs,

v.

MAYER, BROWN, ROWE & MAW LLP,

        Defendant.

07 Civ. 6767 (GEL)

### NOTICE OF CHANGE OF NAME AND STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

Williams & Connolly LLP previously entered an appearance on behalf of Mayer, Browne, Rowe & Maw LLP, a combination of two limited liability partnerships both named Mayer, Brown, Rowe & Maw LLP, one established in Illinois and the other incorporated in England. Effective September 1, 2007, the two entities were renamed. Mayer Brown LLP is the new name of the limited liability partnership established in Illinois, USA, and Mayer Brown International LLP is the new name of the limited liability partnership incorporated in England and Wales.

It is hereby stipulated and agreed by the undersigned that Joel M. Cohen, Esq., Anthony M. Candido, Esq. and Timothy Casey, Esq. of the law firm CLIFFORD CHANCE US LLP be substituted as counsel of record for Mayer Brown International LLP in place of Thomas

G. Ward, Esq., John K. Villa, Esq., and William T. Burke, Esq. of the law firm WILLIAMS & CONNOLLY LLP. This substitution is made at the request of Mayer Brown International LLP. Williams & Connolly LLP continues to represent Mayer Brown LLP in this action.

This Stipulation and Order for Substitution of Counsel will not delay or alter any deadlines previously set by the Court.

Dated: September 13, 2007
New York, New York

*[signature]*
Joel M. Cohen (JC-9162)
Anthony M. Candido (AC-9458)
Timothy Casey (TC-3857)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel:(212) 878-8000
Fax:(212) 878-8375

*Attorneys for Mayer Brown International LLP*

Dated: September 13, 2007
Washington, DC

*[signature]*
John K. Villa
Thomas G. Ward (TW-6255)
William T. Burke
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 10005-1413
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Mayer Brown LLP*

2

SO ORDERED:

Dated: September 13, 2007
      New York, New York

_____
The Honorable Gerard E. Lynch
United States District Judge