UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------------x

THOMAS H. LEE EQUITY FUND V, L.P.,       :    07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,     :
and THOMAS H. LEE EQUITY (CAYMAN)        :    **ORDER ADMITTING COUNSEL**
FUND V, L.P.,                            :    *PRO HAC VICE*
                                         :
                Plaintiffs,              :
        v.                               :
                                         :
MAYER, BROWN, ROWE & MAW LLP,            :
                                         :
                Defendant.               :
                                         :
-----------------------------------------------------------------x



This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Daniel P. Shanahan, Esquire, in the above-captioned matter, it is this 14th day of Sept. 2007, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Daniel P. Shanahan shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

_____Sept. 14_____, 2007

_____
The Honorable Gerard D. Lynch
United States District Judge