UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x
                                              :
THOMAS H. LEE EQUITY FUND V, L.P.,            :    07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,          :
and THOMAS H. LEE EQUITY (CAYMAN)             :    **ORDER ADMITTING COUNSEL**
FUND V, L.P.,                                 :    *PRO HAC VICE*
                                              :
                    Plaintiffs,               :
        v.                                    :
                                              :
MAYER, BROWN, ROWE & MAW LLP,                 :
                                              :
                    Defendant.                :
                                              :
------------------------------------------------------------x



This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Michael S. Sundermeyer, Esquire, in the above-captioned matter, it is this 14th day of Spt. 2007, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Michael S. Sundermeyer shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

_Sept. 14_, 2007

_____
The Honorable Gerard D. Lynch
United States District Judge