UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS H. LEE EQUITY V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> MAYER, BROWN, ROWE & MAW LLP, <br><br> Defendants | 07 Civ. 6767 (GEL) <br><br> **Electronically Filed** |

## NOTICE OF THE UK LIMITED LIABILITY PARTNERSHIP MAYER BROWN INTERNATIONAL LLP's MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the Complaint in this action, the accompanying Memorandum of Law in Support of the Motion, the accompanying Declaration of Timothy Casey dated September 14, 2007, and all other pleadings and proceedings herein, the UK limited liability partnership Mayer Brown International LLP, by its attorneys, Clifford Chance US LLP, will move this Court, before the Honorable Gerard E. Lynch, at the United States Courthouse, Courtroom 6B, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined, for an Order dismissing the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
September 14, 2007

Respectfully Submitted:

_____
Joel M. Cohen (JC-9162)
Anthony M. Candido (AC-9458)
Timothy Casey (TC-3857)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel:(212) 878-8000
Fax:(212) 878-8375

*Attorneys for the*
*UK Limited Liability Partnership*
*Mayer Brown International LLP*

2

## CERTIFICATE OF SERVICE

    I, Damien Morris, hereby certify that on September 14, 2007, I caused one copy of the Notice of the UK Limited Liability Partnership Mayer Brown International LLP's Motion to Dismiss and all related documents to be distributed to all counsel of record via the Court's Electronic Filing System.

Dated: September 14, 2007

_____
Damien Morris