UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS H. LEE EQUITY V, L.P.,
THOMAS H. LEE PARALLEL FUND V, L.P.,
and THOMAS H. LEE EQUITY (CAYMAN)
FUND V, L.P.,

                Plaintiffs,

v.

MAYER, BROWN, ROWE & MAW LLP,

                Defendant.

07 Civ. 6767 (GEL)

**Electronically Filed**

---

### DECLARATION OF TIMOTHY CASEY IN SUPPORT OF THE UK LIMITED LIABILITY PARTNERSHIP MAYER BROWN INTERNATIONAL LLP'S MOTION TO DISMISS

I, Timothy Casey, hereby declare as follows:

1. I am an attorney at Clifford Chance US LLP and am duly admitted to practice before this Court. I make this declaration in support of the UK limited liability partnership Mayer Brown International LLP's Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed by Plaintiffs Thomas H. Lee Equity V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. in the above-captioned action on or about July 26, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2007

_Timothy Casey_
Timothy Casey (TC-3857)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel: (212) 878-8000
Fax: (212) 878-8375