UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```
                                              :
THOMAS H. LEE EQUITY FUND V, L.P.,            :    07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,          :
and THOMAS H. LEE EQUITY (CAYMAN)             :    NOTICE OF MOTION TO
FUND V, L.P.,                                 :    DISMISS OF MAYER BROWN
                                              :    LLP, AN ILLINOIS LIMITED
                    Plaintiffs,               :    LIABILITY PARTNERSHIP
        v.                                    :
                                              :
MAYER, BROWN, ROWE & MAW LLP,                 :
                                              :
                    Defendant.                :
                                              :
```
------------------------------------------------------------x

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declaration of Thomas G. Ward and exhibits annexed thereto, both dated September 14, 2007, Defendant Mayer Brown LLP, formerly known as Mayer, Brown, Rowe & Maw LLP, a limited liability partnership established in Illinois, moves this Court before the Honorable Gerard E. Lynch, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing this action.

Dated: Washington, D.C.
      September 14, 2007

                              Respectfully submitted,

                              */s/ Thomas G. Ward*
                              John K. Villa (admitted *pro hac vice*)
                              George A. Borden (GB-7019)
                              Thomas G. Ward (TW- 6255)
                              WILLIAMS & CONNOLLY LLP
                              725 Twelfth St., NW
                              Washington, DC  20005
                              (202) 434-5000
                              (202) 434-5029 (fax)

                              *Attorneys forDefendant Mayer Brown LLP*

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 14th day of September, 2007, I caused true and correct copies of the Notice of Motion to Dismiss of Mayer Brown LLP, an Illinois Limited Liability Partnership, the Memorandum of Law in Support of Motion to Dismiss of Mayer Brown LLP, an Illinois Limited Liability Partnership, and the Declaration of Thomas G. Ward in Support of Motion to Dismiss of Mayer Brown LLP, an Illinois Limited Liability Partnership, to be served via overnight delivery upon:

Greg A. Danilow, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

Mark C. Hansen
Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

*Attorneys for Plaintiffs*

Joel M. Cohen
Clifford Chance US LLP
31 West 52nd Street
New York, New York 10019
(212) 878-8000

*Attorneys for the
UK Limited Liability Partnership
Mayer Brown International LLP*

_____
Thomas G. Ward (TW-6255)