UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P., : 07-CV-06767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P., :
and THOMAS H. LEE EQUITY (CAYMAN) :
FUND V, L.P., : **MOTION TO ADMIT**
Plaintiffs, : **COUNSEL *PRO HAC VICE***
:
v. :
:
MAYER, BROWN, ROWE & MAWE LLP, :
:
Defendant. :
:
---------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Kevin B. Huff, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Mark C. Hansen |
| Firm Name: | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address: | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C. 20036 |
| Phone Number: | 202-326-7904 |
| Fax Number: | 202-326-7999 |

Mark C. Hansen is a member in good standing of the Bar of the State of Maryland, the

State of Massachusetts and the District of Columbia. There are no pending disciplinary

proceedings against Mark C. Hansen in any State or Federal Court.

Dated: October 2, 2007

                                        Respectfully submitted,

                                        /s/ Kevin B. Huff

                                        Kevin B. Huff
                                        SDNY Bar Code: KH-9284
                                        KELLOGG, HUBER, HANSEN, TODD,
                                          EVANS & FIGEL, P.L.L.C.
                                        1615 M Street, N.W., Suite 400
                                        Washington, D.C. 20036
                                        202-326-7900
                                        202-326-7999

                                        *Counsel for Plaintiffs Thomas H. Lee*
                                        *Equity Fund V, L.P., Thomas H. Lee*
                                        *Parallel Fund V, L.P., and Thomas H.*
                                        *Lee Equity (Cayman) Fund V, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
THOMAS H. LEE EQUITY FUND V, L.P.,  : 07-CV-06767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,  :
and THOMAS H. LEE EQUITY (CAYMAN)  :
FUND V, L.P.,  :
                    Plaintiffs,  : **AFFIDAVIT OF**
                                                                                                   : **KEVIN B. HUFF IN SUPPORT**
                                                                                                : **OF MOTION TO ADMIT**
              v.  : **COUNSEL *PRO HAC VICE***

MAYER, BROWN, ROWE & MAWE LLP,  :

                    Defendant.  :
---------------------------------------------------------------- x

District of Columbia    )    ss:

Kevin B. Huff, being duly sworn, hereby deposes and says as follows:

      1. I am a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Mark C. Hansen as counsel *pro hac vice* to represent Plaintiffs in this matter.

      2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on August 1, 1997. I am also a member in good standing of the bar of the District of Columbia. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court. I am also a member of the bars of the United States Supreme Court, the United States Court of Appeals for the Fourth Circuit, and the United States District Court for Colorado, and am in good standing with these courts.

      3. I have known Mr. Hansen since 1999.

4. Mr. Hansen is a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., in Washington, D.C.

5. I have found Mr. Hansen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mark C. Hansen, *pro hac vice*.

7. I respectfully submit a proposed order granting the motion to admit Mark C. Hansen, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Mark C. Hansen, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Dated: October 2, 2007
District of Columbia

Respectfully submitted,

_____
Kevin B. Huff
SDNY Bar Code: KH-9284

District of Columbia: SS
Subscribed and Sworn to before me

this _2nd_ day of _October_____, 200_7_.

_____
Diane M. Cooke
Notary Public, D.C.

My commission expires _10/31/2011_

Diane M. Cooke
Notary Public, District of Columbia
My Commission Expires 10/31/2011

2

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the ninth day of July, 1996,

### Mark C. Hansen

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

          **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-fourth day of September, 2007.

*[signature]*
Clerk of the Court of Appeals of Maryland

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourteenth** day of **December** A.D. **1999**, said Court being the highest Court of Record in said Commonwealth:

**Mark Hansen**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-fourth** day of **September** in the year of our Lord **two thousand and seven.**

*MAURA S. DOYLE*, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MARK CHARLES HANSEN

was on the  3RD  day of  DECEMBER, 1990  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 25, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
     Deputy Clerk

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
THOMAS H. LEE EQUITY FUND V, L.P.,           : 07-CV-06767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,         :
and THOMAS H. LEE EQUITY (CAYMAN)            :
FUND V, L.P.,                                :   **ORDER FOR ADMISSION**
        Plaintiffs,                    :   ***PRO HAC VICE***
                                             :   **ON WRITTEN MOTION**
   v.                                    :
                                             :
MAYER, BROWN, ROWE & MAWE LLP,               :
                                             :
        Defendant.                     :
---------------------------------------------------------------- x

      Upon the motion of Kevin B. Huff for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Mark C. Hansen

        Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

        1615 M Street, N.W., Suite 400

        Washington, D.C. 20036

        Tel.: 202-326-7904 / Fax: 202-326-7999

        mhansen@khhte.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:

                                                                          _____
                                                                          United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO ADMIT COUNSEL *PRO HAC VICE* and AFFIDAVIT OF KEVIN B. HUFF IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* was served via overnight mail, on October 2nd, 2007.

John R. Villa
George A. Borden
Thomas G. Ward
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: 202-434-5255
Facsimile: 202-434-5029

*Counsel for defendant Mayer Brown LLP*

Joel M. Cohen
Anthony Mathias Candido
Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019
Telephone: 212-878-3140
Facsimile: 212-878-8375

*Counsel for defendant UK Limited Liability Partnership Mayer Brown International*

Kevin B. Huff
SDNY Bar Code: KH-9284