UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
THOMAS H. LEE EQUITY FUND V, L.P.,           :   07-CV-06767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,         :
and THOMAS H. LEE EQUITY (CAYMAN)            :
FUND V, L.P.,                                :   **MOTION TO ADMIT**
                      Plaintiffs,            :   **COUNSEL *PRO HAC VICE***
                                             :
            v.                               :
                                             :
MAYER, BROWN, ROWE & MAWE LLP,               :
                                             :
                      Defendant.             :
---------------------------------------------------------------- x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin B. Huff, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Silvija A. Strikis |
| Firm Name: | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address: | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C., 20036 |
| Phone Number: | 202-326-7939 |
| Fax Number: | 202-326-7999 |

Silvija A. Strikis is a member in good standing of the Bar of the State of Maryland and the District of Columbia. There are no pending disciplinary proceedings against Silvija A. Strikis in any State or Federal Court.

Dated: October 11, 2007

          Respectfully submitted,

          /s/ Kevin B. Huff
          Kevin B. Huff
          SDNY Bar Code: KH-9284
          KELLOGG, HUBER, HANSEN, TODD,
            EVANS & FIGEL, P.L.L.C.
          1615 M Street, N.W., Suite 400
          Washington, D.C. 20036
          202-326-7900
          202-326-7999

          *Counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P.*

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-first day of June, 1995,

## Silvija Anna Strikis

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

In Testimony Whereof, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifth day of October, 2007.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

SILVIJA A. STRIKIS

was on the 9TH day of FEBRUARY, 2001 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 25, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
    Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
THOMAS H. LEE EQUITY FUND V, L.P.,           :  07-CV-06767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,         :
and THOMAS H. LEE EQUITY (CAYMAN)            :
FUND V, L.P.,                                :
                                      Plaintiffs,  :  **AFFIDAVIT OF**
                                                           :  **KEVIN B. HUFF IN SUPPORT**
                                                            :  **OF MOTION TO ADMIT**
                            v.                          :  **COUNSEL *PRO HAC VICE***
:
MAYER, BROWN, ROWE & MAWE LLP,               :
:
                                       Defendant.  :
:
---------------------------------------------------------------x

District of Columbia        )    ss:

Kevin B. Huff, being duly sworn, hereby deposes and says as follows:

      1.      I am a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Silvija A. Strikis as counsel *pro hac vice* to represent Plaintiffs in this matter.

      2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law on August 1, 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court. I am also a member of the bars of the United States Court of Appeals for the Fourth Circuit and the United States District Court for Colorado, and am in good standing with these courts.

      3.      I have known Ms. Strikis since 1999.

      4.      Ms. Strikis is a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., in Washington, D.C.

5. I have found Ms. Strikis to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Silvija A. Strikis, *pro hac vice*.

7. I respectfully submit a proposed order granting the motion to admit Silvija A. Strikis, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Silvija A. Strikis, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Dated: October 11, 2007
District of Columbia

Respectfully submitted,

_____
Kevin B. Huff
SDNY Bar Code: KH-9284

District of Columbia: SS
Subscribed and Sworn to before me

this __11th__ day of __October__, 200_7_.

_____
Notary Public, D.C.

My commission expires __10/31/2011__

Diane M. Cooke
Notary Public, District of Columbia
My Commission Expires 10/31/2011

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO ADMIT COUNSEL *PRO HAC VICE* and AFFIDAVIT OF KEVIN B. HUFF IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* was served via overnight mail, this 11th day of October, 2007.

John R. Villa
George A. Borden
Thomas G. Ward
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
Telephone: 202-434-5255
Facsimile: 202-434-5029

*Counsel for defendant Mayer Brown LLP*

Joel M. Cohen
Anthony Mathias Candido
Clifford Chance US, LLP (NYC)
31 West 52nd Street
New York, NY 10019
Telephone: 212-878-3140
Facsimile: 212-878-8375

*Counsel for defendant UK Limited Liability Partnership Mayer Brown International*

_____
Kevin B. Huff
SDNY Bar Code: KH-9284