UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
THOMAS H. LEE EQUITY FUND V, L.P., : 07-CV-06767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P., :
and THOMAS H. LEE EQUITY (CAYMAN) :
FUND V, L.P., : **ORDER FOR ADMISSION**
               Plaintiffs, : ***PRO HAC VICE***
: **ON WRITTEN MOTION**
    v. :
:
MAYER, BROWN, ROWE & MAWE LLP, :
:
               Defendant. :
---------------------------------------------------------------- x

      Upon the motion of Kevin B. Huff for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Rebecca A. Beynon

        Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

        1615 M Street, N.W., Suite 400

        Washington, D.C. 20036

        Tel.: 202-326-7934 / Fax: 202-326-7999

        rbeynon@khhte.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:

_____
United States District Judge

10/15/07

2