UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re REFCO, INC. SECURITIES LITIGATION    :    05 Civ. 8626 (GEL)
:
------------------------------------------------------------x
:
AMERICAN FINANCIAL INTERNATIONAL    :    **ORDER**
GROUP–ASIA, L.L.C. et al.,
:
                     Plaintiffs,    :
:    05 Civ. 8988 (GEL)
  -against-    :
:
PHILLIP R. BENNETT et al.,    :
:
                     Defendants.    :
:
------------------------------------------------------------x
:
CHRISTOPHER CARMONA, derivatively on    :
behalf of THE GOLDMAN SACHS GROUP,    :
INC.,    :
:
                     Plaintiff,    :
:    05 Civ. 9327 (GEL)
  -against-    :
:
HENRY M. PAULSON et al.,    :
:
                     Defendants,
  -and-
:
THE GOLDMAN SACHS GROUP, INC.,    :
a Delaware corporation,    :
:
                 Nominal Defendant.    :
:
------------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P. et al.,    :
:
                   Plaintiffs,    :
:    05 Civ. 9608 (GEL)
  - against-    :

| | | |
|---|---|---|
| PHILLIP R. BENNETT et al., | : | |
| Defendants. | : | |
| ---------------------------------------------------------x | : | |
| In re REFCO CAPITAL MARKETS, LTD. BROKERAGE CUSTOMER SECURITIES LITIGATION | : : : : | 06 Civ. 643 (GEL) |
| ---------------------------------------------------------x | : | |
| THOMAS H. LEE EQUITY FUND V, L.P. et al., | : | |
| Plaintiffs, | : | |
| - against- | : | 07 Civ. 6767 (GEL) |
| MAYER, BROWN, ROWE & MAW LLP, | : | |
| Defendant. | : | |
| ---------------------------------------------------------x | : | |
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust, | : : | |
| Plaintiff, | : | |
| - against- | : | 07 Civ. 7074 (GEL) |
| THOMAS H. LEE PARTNERS, L.P. et al., | : | |
| Defendants. | : | |
| ---------------------------------------------------------x | : | |
| AXIS REINSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| - against- | : | 07 Civ. 7924 (GEL) |
| PHILLIP R. BENNETT et al., | : | |

2

```
                                              :
                           Defendants.        :
                                              :
-----------------------------------------------x
                                              :
MARC S. KIRSCHNER, as Trustee of the          :
Refco Private Actions Trust,                  :
                                              :
                           Plaintiff,         :
                                              :         07 Civ. 8165 (GEL)
        - against-                            :
                                              :
PHILLIP R. BENNETT et al.,                    :
                                              :
                           Defendants.        :
                                              :
-----------------------------------------------x
                                              :
THOMAS H. LEE EQUITY FUND V, L.P. et al.,     :
                                              :
                           Plaintiffs,        :
                                              :         07 Civ. 8663 (GEL)
        - against-                            :
                                              :
GRANT THORNTON LLP,                           :
                                              :
                           Defendant.         :
                                              :
-----------------------------------------------x
                                              :
VR GLOBAL PARTNERS, L.P. et al.,              :
                                              :
                           Plaintiffs,        :
                                              :         07 Civ. 8686 (GEL)
        - against-                            :
                                              :
PHILLIP R. BENNETT et al.,                    :
                                              :
                           Defendants.        :
                                              :
-----------------------------------------------x
                                              :
CAPITAL MANAGEMENT SELECT FUND                :
LTD. et al.,                                  :
                           Plaintiffs,        :
```

3

|                                                    |   |                    |
|----------------------------------------------------|---|--------------------|
| - against-                                         | : | 07 Civ. 8688 (GEL) |
| PHILLIP R. BENNETT et al.,                         | : |                    |
| Defendants.                                        | : |                    |

-----------------------------------------------------------x

|                                                                    |   |                    |
|--------------------------------------------------------------------|---|--------------------|
| MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust,       | : |                    |
| Plaintiff,                                                         | : | 07 Civ. 9238 (GEL) |
| - against-                                                         | : |                    |
| THOMAS HACKL et al.,                                               | : |                    |
| Defendants.                                                        | : |                    |

-----------------------------------------------------------x

GERARD E. LYNCH, District Judge:

       The above-captioned cases constitute all of the Refco-related cases currently pending on this Court's docket. In the interest of determining a fair and efficient manner to coordinate discovery and briefing schedules in these related cases, it is hereby ORDERED that counsel for all parties in the above-captioned cases shall appear for a status conference before this Court at 3:30 p.m. on November 30, 2007.

SO ORDERED.

Dated: New York, New York
       October 24, 2007

                                                        GERARD E. LYNCH
                                                  United States District Judge