LYNCH, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THOMAS H. LEE EQUITY FUND V, L.P.,  :   07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P., :
and THOMAS H. LEE EQUITY (CAYMAN)   :   **STIPULATION AND ORDER**
FUND V, L.P.,                        :
                                     :
                    Plaintiffs,      :
         v.                          :
                                     :
MAYER, BROWN, ROWE & MAW LLP,        :
                                     :
                    Defendant.       :
                                     :
------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that:

      Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P., shall be permitted to file a single memorandum of law of up to sixty (60) pages in opposition to: (i) the Motion To Dismiss Of Mayer Brown LLP, An Illinois Limited Liability Partnership; and (ii) the Motion To Dismiss By The UK Limited Liability Partnership Mayer Brown International LLP.

NY1:\1524347\01\W_6Z01!.DOC\77356.0062

Dated: New York, New York
October 31, 2007

By: _____
Greg A. Danilow (GD-1621)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000

-- and --

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
*Attorneys for Plaintiffs*
*Thomas H. Lee Equity Fund V, L.P.,*
*Thomas H. Lee Parallel Fund V, L.P.,*
*and Thomas H. Lee Equity (Cayman)*
*Fund V, L.P.*

By: _____
John K. Villa (admitted *pro hac vice*)
George A. Borden (GB-7019)
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth St., NW
Washington, DC 20005
Tel.: (202) 434-5000
*Attorneys for Defendant Mayer Brown LLP*

By: _____
Joel M. Cohen (JC-9162)
Anthony M. Candido (AC-9458)
Timothy Casey (TC-3857)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel.: (212) 878-8000
*Attorneys for Defendant Mayer Brown*
*International LLP*

SO ORDERED.

Dated: New York, NY

_____November 1_____, 2007

_____
The Honorable Gerard E. Lynch
United States District Judge