UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

                                :

THOMAS H. LEE EQUITY FUND V, L.P.,       :    07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,    :
and THOMAS H. LEE EQUITY (CAYMAN)    :    **Rule 7.1 Statement**
FUND V, L.P.,

                                :

               Plaintiffs,         :

                                :

              v.                :

                                :

MAYER, BROWN, ROWE & MAW LLP,      :

                                :

                                :

            Defendants.      :

———————————————————————— x

## <u>SUPPLEMENTAL FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT</u>

         Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Thomas H. Lee

Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P. and Thomas H. Lee Equity

(Cayman) Fund V, L.P. (the "THL Funds") hereby disclose that they are limited

partnerships whose general partner is THL Equity Advisors V, LLC, a limited liability

company that is wholly owned by Thomas H. Lee Partners, L.P. ("THLP"). There is no

publicly held limited partner of the THL Funds that owns ten percent or more of their

interests.

Dated: November 5, 2007
New York, New York

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: _____

Greg A. Danilow (GD-1621)
767 Fifth Avenue
New York, New York  10153
(212) 310-8000

-and-

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900

*Attorneys for Plaintiffs*