Lynch, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

THOMAS H. LEE EQUITY FUND V, L.P.,
THOMAS H. LEE PARALLEL FUND V, L.P.,
and THOMAS H. LEE EQUITY (CAYMAN)
FUND V, L.P.,

      Plaintiffs,

  v.

MAYER, BROWN, ROWE & MAW LLP,

      Defendant.

----------------------------------------------------------x

07 Civ. 6767 (GEL)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that that the period of time within which Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. shall serve their opposition to the Motion To Dismiss Of Mayer Brown LLP, an Illinois Limited Liability Partnership, and the Motion To Dismiss by the UK Limited Liability Partnership Mayer Brown International LLP, is hereby extended to and including November 9, 2007. Defendants shall serve their reply papers on or before December 3, 2007.

Dated: New York, New York
November 2, 2007

By: *Greg A Danilow*
Greg A. Danilow (GD-1621) by P. Dwith
WEIL, GOTSHAL & MANGES LLP (PD-2568)
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000

-- and --

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
*Attorneys for Plaintiffs*
*Thomas H. Lee Equity Fund V, L.P.,*
*Thomas H. Lee Parallel Fund V, L.P.,*
*and Thomas H. Lee Equity (Cayman)*
*Fund V, L.P.*

By: *Thomas G. Ward*
John K. Villa (admitted *pro hac vice*)
George A. Borden (GB-7019)
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth St., NW
Washington, DC 20005
Tel.: (202) 434-5000
*Attorneys for Defendant Mayer Brown LLP*

By: *Anthony M. Candido*
Joel M. Cohen (JC-9162)
Anthony M. Candido (AC-9458)
Timothy Casey (TC-3857)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel.: (212) 878-8000
*Attorneys for Defendant Mayer Brown*
*International LLP*

SO ORDERED.

Dated: New York, NY

_____November 5_____, 2007

*Gerard E. Lynch*
The Honorable Gerard E. Lynch
United States District Judge