# EXHIBIT A

1. On information and belief, Mayer Brown's United States and international partners have agreed to share, and in fact do share, profits and losses. As reported by TheLawyer.com, since 2005, the European and United States operations of the firm have had one profit pool.[1]

2. On information and belief, Mayer Brown's partners in the United States and Europe exercise joint control and management over the combined law firm. Mayer Brown reported, in a press release on its website, that the firm is "governed by an international management committee, comprised of representatives from across the firm."[2]

3. On information and belief, Mayer Brown's partners in the United States and Europe contribute property, financial resources, effort, skill, and knowledge to the business of serving the combined firm's clients.

4. When the Chicago-based law firm Mayer, Brown & Platt and the London-based law firm Rowe & Maw merged in 2002 to form the firm then known as Mayer, Brown, Rowe & Maw, they expressed to the public their intention and agreement to become a single entity. The combined Mayer Brown told the public that the two firms would be "combining operations" and "'integrating our practices,'" in order to offer "'seamless, full-service legal capabilities in the most important commercial centers of Europe and North America.'"[3] When the firm changed its name to Mayer Brown in 2007, James D. Holzhauer, the firm's Chairman, announced:

---

[1] See The Lawyer.com, Mayer Brown Rowe & Maw ("Since 2005 the UK and US operations of the firm have had one profit pool[.]"), http://www.thelawyer.com/uk100/2006/international/2-Mayer_Brown_Rowe_and_Maw.html (attached hereto as Exhibit 1).

[2] Mayer Brown Press Release, Mayer, Brown & Platt, UK's Rowe & Maw Combine, Creating World's 10th Largest Law Firm (Jan. 28, 2002), http://www.mayerbrown.com/news/article.asp?id=127&nid=5 (quoting Mayer, Brown, Rowe & Maw's then-Chairman Ty Fahner) (attached hereto as Exhibit 2).

[3] Id. (last visited Nov. 9, 2007).

"'Unifying our brand name to Mayer Brown is a powerful sign of <u>the global firm</u> we have built.'"[4]

5. Mayer Brown presents itself to the public and advertises itself as a single entity. It describes itself, on a single website and elsewhere, as a "leading global law firm with 1,500 lawyers operating in major cities worldwide."[5] Mayer Brown describes its various offices as belonging to the same entity, stating on its website that "Mayer Brown LLP is among the largest law firms in the world with more than 1,500 lawyers in seven U.S. cities (Charlotte, Chicago, Houston, Los Angeles, New York, Palo Alto and Washington), six European cities (Berlin, Brussels, Cologne, Frankfurt, London and Paris) and Hong Kong."[6]

6. Mayer Brown announces the promotion of partners on a worldwide basis. In a press release issued in October 2007, Mayer Brown announced the "promotion of 27 new partners in the U.S. as part of 43 promotions worldwide."[7] On information and belief, Mayer Brown also announces the demotion of its partners on a global basis, informing employees, in a 2007 memorandum, "[a]s one element of a strategic review, Mayer, Brown, Rowe & Maw has decided to restructure our partnership. Forty-five equity partners (approximately 10% of the

---

[4] Mayer Brown Press Release, <u>Mayer, Brown, Rowe & Maw Announces Name Change</u> (Aug. 23, 2007) (emphasis added), http://www.mayerbrown.com/news/article.asp?id=3707&nid=5 (quoting Mayer, Brown, Rowe & Maw's then-chairman James D. Holzhauer) (attached hereto as Exhibit 3).

[5] Mayer Brown, http://www.mayerbrown.com/ (last visited Nov. 9, 2007) (attached hereto as Exhibit 4).

[6] Mayer Brown Press Release, <u>Mayer Brown Promotes 27 to Partner in U.S. Offices — U.S. Partner Promotions Part of 43 Appointments Worldwide</u> (Oct. 29, 2007), http://www.mayerbrown.com/news/article.asp?id=3871&nid=5 (attached hereto as Exhibit 5).

[7] <u>Id.</u>

worldwide total) have been asked either to leave the firm or to accept other positions within the firm."[8]

---

[8] Law Blog, <u>More on the Mayer Brown Departures</u>, WSJ.com (Mar. 2, 2007) (quoting Mayer Brown memorandum), http://blogs.wsj.com/law/2007/03/02/more-on-the-mayer-brown-departures/ (attached hereto as Exhibit 6).