# Exhibit 1





09 Nov 2007

Visitor **Register Now** | News | Jobs | CPD/Events | Directories | Surveys | Students |

Login/Register | My Account | About Us | Contact Us | ADVERTISE

Advertisements

**Surveys**
Hot 100
Global 100
UK 100
Euro 100
Rising 50
Career Report

2005 | 2006

## THE NEW ORDER
## THE UK 100 2006



**Mayer Brown Rowe & Maw**

| | |
|---|---|
| UK/global turnover: | £83m/£559m |
| UK/global PEP: | £480,000/£546,000 |
| UK/global revenue per lawyer: | £354,000/£365,000 |
| UK revenue per partner/equity partner: | £900,000/£1.5m |
| Global revenue per equity partner: | £1.3m |
| UK/global number of equity partners: | 55/431 |
| UK/global number of partners: | 96/555 |
| UK/global number of lawyers: | 234/1,534 |
| UK number of staff: | 537 |
| UK/global leverage ratio: | 3.3/2.6 |

CORPORATE AND litigation remain the two biggest practices at Mayer Brown Rowe & Maw, accounting for 60 per cent of London turnover. Among the firm's high-profile instructions were advising Persimmon on its recommended offer for UK housebuilder Westbury and acting for the Football Association on its employment tribunal with ex-secretary Faria Alam.

The firm also underwent an aggressive recruitment campaign to take on four new partners in the last financial year.

Since 2005 the UK and US operations of the firm have had one profit pool, although the firm remains a combination of two limited-liability partnerships (LLP), one in Illinois and the other in England.

The change to the profit pool, a legacy of the 2002 merger between Rowe & Maw and Mayer Brown & Platt, also saw the UK arm move away from a modified lockstep to a merit-based system of partner compensation.

Site map | Register | Login | Logout | My Email Alerts | Feedback | Privacy Statement | Terms & Conditions

The Lawyer Group is a division of Centaur Media plc 2007
TheLawyer.com was built by Sift Group Ltd.

Centaur Media plc
Registered No 4948078 England.
Registered Office St. Giles House, 50 Poland Street, London W1F 7AX