# Exhibit 3

# MAYER·BROWN

OVERVIEW | INDUSTRIES & PRACTICES | LAWYERS | OFFICES | NEWS | PUBLICATIONS | EVENTS | CAREERS

Print this page

Search

## —PRESS RELEASE—

**Mayer, Brown, Rowe & Maw Announces Name Change**

August 23, 2007 - Mayer, Brown, Rowe & Maw LLP, one of the leading international law firms, announced today that effective September 1, 2007 the firm will be known globally as Mayer Brown.

Commented James D. Holzhauer, the firm's Chairman, "Unifying our brand name to Mayer Brown is a powerful sign of the global firm we have built, and will serve to communicate our strength as a leader in the legal industry." He continued, "We will continue to build on our quality and capability to serve clients across all geographies. Becoming Mayer Brown is part of that vision. We also believe the change will make our name easier to use and more memorable to our clients."

Added Vice Chairman Kenneth S. Geller, "Our name will change to reflect how the market - as well as our own staff - has traditionally referred to us. But our focus on client service and client relationships will not change, nor will our unique platform which allows us to provide the highest caliber of service to clients wherever they may be."

The firm's unique transatlantic footprint, which includes substantial depth of practice in the U.S., through seven offices, and in Europe through a further six, is enhanced by a growing presence in Hong Kong.

Additionally the firm has three independent alliances, giving clients access to on the ground capability in Italy, Spain and Eastern Europe through relationships with Italian law firm Tonucci & Partners and Madrid headquartered Ramón & Cajal and into Mexico through the longstanding alliance the firm enjoys with Jáuregui, Navarrete y Nader. The firm also has a trade consulting office in Beijing.

Vice Chairman Paul Maher discussed the strategy behind the decision: "Our growth has been focused and strategic, aimed at building a firm with a consistent culture, level of service and commitment to our clients. By adapting to become simply Mayer Brown, we see an opportunity to build a stronger and more defined brand in a fiercely competitive market."

**Further information:**
Doug Kramer
Director of Global Communications
+1 312 701 8290

Will Hulbert
Head of Marketing Communications
+44 (0)20 7782 8804

NEWS
- Archive
- ▶ In The News
- ▶ Press Releases

Related Lawyers
  Holzhauer, James D.
  Geller, Kenneth S.
  Maher, Paul

Home | Contact | Pro Bono | Diversity

Back to top

© Copyright 2007 - Mayer Brown LLP and/or Mayer Brown International LLP

Mayer Brown is a combination of two limited liability partnerships, one named Mayer Brown LLP, established in Illinois, USA, and one named Mayer Brown International LLP, incorporated in England.

Except where noted on their respective biographies, the lawyers of our practice are not certified by the Texas Board of Legal Specialization

or by the authority of their respective practice jurisdictions.

Disclaimer | Privacy Policy | Terms of Use | Attorney Advertising | Spam Policy | Regulatory Information | Contact Webmaster