# Exhibit 4

Case 1:07-cv-06767-GEL    Document 39-6    Filed 11/09/2007    Page 1 of 2

# MAYER·BROWN

Home | Contact | Pro Bono | Diversity

Search

OVERVIEW | INDUSTRIES & PRACTICES | LAWYERS | OFFICES | NEWS | PUBLICATIONS | EVENTS | CAREERS

Mayer Brown is a leading global law firm with 1,500 lawyers operating in major cities worldwide. We deliver timely, innovative and practical solutions to transactional, dispute resolution and regulatory challenges. Mayer Brown is known for its intellectual depth and industry insight, applied to the unique needs of each client.



## RECENT HEADLINES

Mayer Brown Favorably Rated by Summer Associates
*Washington, DC Office Ranked No. 1 and Chicago Office No. 5 in American Lawyer Survey* Read >>

Mayer Brown Appoints 16 New Partners Across Europe Read >>

Mayer Brown Promotes 27 to Partner in U.S. Offices - U.S. partner promotions part of 43 appointments worldwide - Read >>

Houston Mayer Brown Attorney Highlighted in *Texas Lawyer's* "Go-To Guide" Read >>

Mayer Brown Appoints Environment Partner Michael Hutchinson Read >>

Mayer Brown assists TeliaSonera International Carrier with the sale of part of its UK fibre optic network Read >>

Mayer Brown Scores International Trade Victory Read >>

## MAYER BROWN HIGHLIGHTS

Effective September 1, 2007, Mayer, Brown, Rowe & Maw LLP has unified its brand name and will be known globally as **Mayer Brown**. The change reflects the firm's global scope as we continue to build on the strength of our well-recognized transatlantic platform, with offices in major business centers such as New York, London, Chicago, Paris, Washington, Frankfurt and Hong Kong.

Mayer Brown is best known for its ability to deliver smart, insightful work on complex matters and its business-minded, results-oriented approach. The firm's growth is focused on continuing to attract and retain the best legal talent – and on providing clients with high quality, responsive service.

Becoming known as Mayer Brown around the world reflects the position of the firm as a global leader. The change also makes the firm's name easier to use and more memorable.  Read >>

Back to top

© Copyright 2007 - Mayer Brown LLP and/or Mayer Brown International LLP

Mayer Brown is a combination of two limited liability partnerships, one named Mayer Brown LLP, established in Illinois, USA, and one named Mayer Brown International LLP, incorporated in England.

Except where noted on their respective biographies, the lawyers of our practice are not certified by the Texas Board of Legal Specialization or by the authority of their respective practice jurisdictions.

Disclaimer | Privacy Policy | Terms of Use | Attorney Advertising | Spam Policy | Regulatory Information | Contact Webmaster