# Exhibit 6

# THE WALL STREET JOURNAL.
### ONLINE

## More on the Mayer Brown Departures

Posted By Ashby Jones On March 2, 2007 @ 6:10 pm In Lawyers & Law Firms | Comments Disabled

We reported earlier on the news that Mayer Brown is either cutting loose or demoting 45 partners. We caught up with the chairman-to-be James Holzhauer on Friday afternoon, who answered a bunch of our questions.

Holzhauer said the cuts were made to increase the firm's "leverage," which reflects the ratio of partners to associates, in an effort to boost profits per partner. He said gross revenue for 2006 was about $1.1 billion, and that profits-per-partner topped $1 million for the first time in the firm's history. But the numbers weren't good enough compared with profits per partner at other firms. "We want to drive our stock price up," he said.

According to American Lawyer's 2006 survey, which reported 2005 numbers, Mayer Brown placed eighth in gross revenues with $980 million. But the firm finished 51st in profits-per-partner, at $955,000.

Holzhauer said that the 45 individuals has been notified, but that their identities had not yet been divulged to the rest of the firm. About half have been asked to leave, and half have been asked to continue at the firm but not at partner status. Mr. Holzhauer said 42 of the 45 lawyers work in U.S. offices and added that the firm tried to cut from across practice areas. (He didn't specify the practice areas that were hit hardest.) He says no associates will be asked to leave as part of the restructuring.

A memo to associates and counsel put out by the firm read as follows:

*Mayer, Brown, Rowe & Maw LLP is a leading global law firm, with nearly 1,500 highly talented and respected lawyers, distinctively strong practices and a passion for providing clients with the highest quality legal counsel. It is also an extremely successful business. Our 2006 operating performance shows that the firm is not only healthy, but growing strongly, with top-line revenue of $1.1 billion, an increase of 11 percent over 2005 and 19 percent over 2004. Total profits for 2006 also reached an all-time high for the firm. American Lawyer will report that the firm's profits per equity partner for 2006 will exceed $1 million.*

*In today's competitive legal market, Mayer, Brown, Rowe & Maw cannot rest on its achievements, but must continually work to make sure it is in the best position to achieve its strategic objectives and that it is properly staffed to serve its clients' needs most efficiently.*

*As one element of a strategic review, Mayer, Brown, Rowe & Maw has decided to restructure our partnership. Forty-five equity partners (approximately 10% of the worldwide total) have been asked either to leave the firm or to accept other positions within the firm. The affected partners are fine lawyers who have made significant contributions to the firm and our clients. The firm will provide fair and ample transition and placement support to each one of them.*

*This has been a difficult but necessary adjustment designed to enhance our position among the world's leading law firms. In an increasingly competitive and consolidating legal market, it is imperative that our firm be among the best managed in the industry. Being a partnership need not be antithetical to being a well-run business. Other large law firms that have undertaken similar restructuring actions over the past years have achieved significantly improved health and competitive position.*

*Mayer, Brown, Rowe & Maw is committed to offering clients unparalleled legal counsel and service, and attracting and retaining top legal talent. That will never change. We are confident that the actions we have taken will enhance the firm's health and success for many years and many generations of lawyers and clients to come.*

Article printed from Law Blog - WSJ.com: **http://blogs.wsj.com/law**

URL to article: **http://blogs.wsj.com/law/2007/03/02/more-on-the-mayer-brown-departures/**