USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THOMAS H. LEE EQUITY FUND V, L.P.,
THOMAS H. LEE PARALLEL FUND V, L.P.,
and THOMAS H. LEE EQUITY (CAYMAN)
FUND V, L.P.,

                Plaintiffs,

v.

MAYER, BROWN, ROWE & MAW LLP,

                Defendant.

------------------------------------------------------------x

07 Civ. 6767 (GEL)

**STIPULATION AND ORDER**

       IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties that:

       (1)    The period of time within which Defendants Mayer Brown LLP and Mayer Brown International LLP shall file their reply memoranda in response to Plaintiffs' Memorandum of law in Opposition to Defendant's Motions to Dismiss is hereby extended to December 17, 2007.

       (2)    Defendant Mayer Brown LLP shall be permitted to file a reply memorandum of law of up to thirty (30) pages.

Dated: New York, New York
November 16, 2007

By: *[signature]*
Greg A. Danilow (GD-1621)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000

-- and --

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
*Attorneys for Plaintiffs*
*Thomas H. Lee Equity Fund V, L.P.,*
*Thomas H. Lee Parallel Fund V, L.P.,*
*and Thomas H. Lee Equity (Cayman)*
*Fund V, L.P.*

By: *[signature] 11/20/07*
John K. Villa (admitted *pro hac vice*)
George A. Borden (GB-7019)
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
*Attorney for Defendant Mayer Brown LLP*

By: *[signature]*
Joel M. Cohen (JC-9162)
Anthony M. Candido (AC-9458)
Timothy Casey (TC-3857)
CLIFFORD CHANCE US LLP
31 West 52nd St.
New York, NY 10019
Tel: (212) 878-8000
*Attorneys for Defendant Mayer Brown*
*International LLP*

SO ORDERED.

Dated: New York, NY

____Nov. 26____, 2007

*[signature]*
The Honorable Gerard E. Lynch
United States District Judge

2

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 20th day of November, 2007, I caused a true and correct copy of the Stipulation and Order, as executed between the parties, to be served via overnight delivery upon:

Greg A. Danilow, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

Mark C. Hansen, Esq.
Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

Joel M. Cohen, Esq.
Clifford Chance US LLP
31 West 52nd St.
New York, NY 10019
(212) 878-8000

Thomas G. Ward (TW-6255)