USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
                                :

In re REFCO, INC. SECURITIES LITIGATION   :      05 Civ. 8626 (GEL)

                                :
--------------------------------------------------------------x
                                :

AMERICAN FINANCIAL INTERNATIONAL   :         **ORDER**
GROUP–ASIA, L.L.C. et al.,

                      Plaintiffs,   :

    -against-                     :      05 Civ. 8988 (GEL)

PHILLIP R. BENNETT et al.,           :

                      Defendants.   :

                                  :
--------------------------------------------------------------x
                                :

CHRISTOPHER CARMONA, derivatively on  :
behalf of THE GOLDMAN SACHS GROUP,
INC.,

                      Plaintiff,   :

    -against-                     :      05 Civ. 9327 (GEL)

HENRY M. PAULSON et al.,          :

                      Defendants,  :
    -and-

THE GOLDMAN SACHS GROUP, INC.,    :
a Delaware corporation,

              Nominal Defendant.  :

                                :
--------------------------------------------------------------x
                                :

THOMAS H. LEE EQUITY FUND V, L.P. et al.,  :

                      Plaintiffs,   :

                                  :      05 Civ. 9608 (GEL)

    - against-                    :

PHILLIP R. BENNETT et al.,                          :

                            Defendants.             :

-------------------------------------------------------------x

                                                    :
In re REFCO CAPITAL MARKETS, LTD.                   :
BROKERAGE CUSTOMER SECURITIES                       :       06 Civ. 643 (GEL)
LITIGATION                                          :
                                                    :

-------------------------------------------------------------x

                                                    :
THOMAS H. LEE EQUITY FUND V, L.P. et al.,           :
                                                    :
                            Plaintiffs,             :
                                                    :       07 Civ. 6767 (GEL)
       - against-                                   :
                                                    :
MAYER, BROWN, ROWE & MAW LLP,                       :
                                                    :
                            Defendant.              :
                                                    :

-------------------------------------------------------------x

                                                    :
MARC S. KIRSCHNER, as Trustee of the               :
Refco Litigation Trust,                             :
                                                    :
                            Plaintiff,              :
                                                    :       07 Civ. 7074 (GEL)
       - against-                                   :
                                                    :
THOMAS H. LEE PARTNERS, L.P. et al.,               :
                                                    :
                            Defendants.             :
                                                    :

-------------------------------------------------------------x

                                                    :
AXIS REINSURANCE COMPANY,                           :
                                                    :
                            Plaintiff,              :
                                                    :       07 Civ. 7924 (GEL)
       - against-                                   :
                                                    :
PHILLIP R. BENNETT et al.,                          :

Defendants.                 :
                            :
---------------------------------------------------------------x
                            :
MARC S. KIRSCHNER, as Trustee of the          :
Refco Private Actions Trust,                   :
                            :
                    Plaintiff,     :
                            :          07 Civ. 8165 (GEL)
        - against-           :
                            :
PHILLIP R. BENNETT et al.,          :
                            :
                    Defendants.     :
                            :
---------------------------------------------------------------x
                            :
THOMAS H. LEE EQUITY FUND V, L.P. et al.,   :
                            :
                    Plaintiffs,     :
                            :          07 Civ. 8663 (GEL)
        - against-           :
                            :
GRANT THORNTON LLP,           :
                            :
                    Defendant.     :
                            :
---------------------------------------------------------------x
                            :
VR GLOBAL PARTNERS, L.P. et al.,         :
                            :
                    Plaintiffs,     :
                            :          07 Civ. 8686 (GEL)
        - against-           :
                            :
PHILLIP R. BENNETT et al.,          :
                            :
                    Defendants.     :
                            :
---------------------------------------------------------------x
                            :
CAPITAL MANAGEMENT SELECT FUND    :
LTD. et al.,                 :
                    Plaintiffs,     :

3

```
                                                 :      07 Civ. 8688 (GEL)
          - against-                             :
                                                 :
PHILLIP R. BENNETT et al.,                       :
                                                 :
                      Defendants.                :
                                                 :
---------------------------------------------------x
                                                 :
MARC S. KIRSCHNER, as Trustee of the             :
Refco Litigation Trust,                          :
                                                 :
                      Plaintiff,                 :
                                                 :      07 Civ. 9238 (GEL)
          - against-                             :
                                                 :
THOMAS HACKL et al.,                             :
                                                 :
                      Defendants.                :
                                                 :
---------------------------------------------------x
                                                 :      07 Civ. 9420 (GEL)
In re REFCO, INC.                                :      07 Civ. 9482 (GEL)
                                                 :      07 Civ. 9483 (GEL)
---------------------------------------------------x      07 Civ. 10302 (GEL)
```

GERARD E. LYNCH, District Judge:

   The Court has received a letter from counsel for defendant Grant Thornton LLP stating that the parties to a number of the above-captioned cases have been attempting to schedule a meeting to discuss matters to be addressed at the status conference currently scheduled for November 30, 2007, at 3:30 p.m., but that the parties have been unable to meet as a result of the large number of counsel and the intervening Thanksgiving holiday. Having received a request to adjourn the status conference for a brief period to permit interested parties to confer, it is hereby ORDERED that the status conference is re-scheduled for December 10, 2007, at 3 p.m.

SO ORDERED.

Dated:  New York, New York
   November 27, 2007

               _____
                GERARD E. LYNCH
               United States District Judge