# Exhibit 2

# MAYER·BROWN

OVERVIEW | INDUSTRIES & PRACTICES | LAWYERS | OFFICES | NEWS | PUBLICATIONS | EVENTS | CAREERS

Home | Contact | Pro Bono | Diversity

## —PRESS RELEASE—

**Mayer, Brown & Platt, UK's Rowe & Maw Combine, Creating World's 10th Largest Law Firm**

NEWS
- Archive
- ▶ In The News
- ▶ Press Releases

28 January 2002, Chicago - The law firms Mayer, Brown & Platt and Rowe & Maw announced today they are combining operations as Mayer, Brown, Rowe & Maw.

The combination is the first union of a top-ten US firm with a leading UK firm. Mayer, Brown & Platt was listed as one of the top ten North American firms in 2001 by *Chambers & Partners*. Rowe & Maw was nominated by *Chambers & Partners* as the "UK Law Firm of the Year in 2000." The merger thus brings together firms preeminent on both sides of the Atlantic, even as it gives Mayer, Brown, Rowe & Maw a London presence unmatched in size by any US law firm.

Both Mayer, Brown & Platt and Rowe & Maw are commercial firms with highly-regarded business law practices. The firms share numerous clients, including Bank of America, Aon, Ernst & Young and GE Power Systems.

The new firm is the tenth largest in the world. It has 1300 attorneys, nearly $700 million in annual revenues, and 13 offices in the United States, UK, Germany, Paris and Brussels. Mayer, Brown, Rowe & Maw also has two representative offices in China.

"Rowe & Maw is aggressive, innovative, and well-managed. We respect them and we like them. That's essential to integrating our practices successfully," Mayer, Brown, Rowe & Maw Chairman Ty Fahner said.

Stuart James, Senior Partner in Mayer, Brown, Rowe & Maw's London office, said, "In one leap, we have created a law firm with sufficient scale to perform the most complex transactions globally. Equally important, the cultural and professional capability fit of the combined firm provides all of our clients with focused, cross-sector expertise."

"London is essential," Fahner said. "Its importance to the practice of law in the 21st Century cannot be overstated. No American law firm has a presence there that is comparable to ours. We offer seamless, full-service legal capabilities in the most important commercial centers of Europe and North America."

The combination with Rowe & Maw is Mayer, Brown & Platt's third step in its European expansion. In January 2001, the firm combined with Lambert & Lee in Paris. Mayer, Brown & Platt greatly strengthened its German presence in April, when the Frankfurt partners of Gaedertz joined the firm.

"Our clients have become more international. So have we," Mayer, Brown, Rowe & Maw's Managing Partner Debora de Hoyos said in Chicago. "This combination better serves our clients."



Rowe & Maw has grown dramatically in recent years. Its revenues have increased by almost 40 percent since 1998. In 1999, Legal 500 declared its corporate practice "the envy of its many competitors." In addition to being nominated UK law firm of the year in 2000 by Chambers & Partners, Rowe & Maw was ranked the "No. 1 Corporate Team" for its market size in 2001.

Mayer, Brown & Platt consistently ranks among the premier law firms of the United States. It offers more than 45 specialized practice areas. Mayer Brown is internationally recognized for its work in corporate, banking, securitization, tax and litigation, as well as for its noted national appellate practice.



Mayer, Brown, Rowe & Maw is governed by an international management committee, comprised of representatives from across the firm. The firm has 300 attorneys in the UK and Continental Europe, 550 in Chicago, 175 in New York City, over 100 in Washington, DC, 75 in California, and another 100 in Charlotte and Houston.

Conversations between the two firms began in the Spring of 2001. The combination was approved on Friday, January 25 and becomes effective on February 1, 2002.

---

back to top

© Copyright 2007 - Mayer Brown LLP and/or Mayer Brown International LLP

Mayer Brown is a combination of two limited liability partnerships, one named Mayer Brown LLP, established in Illinois, USA, and one named Mayer Brown International LLP, incorporated in England.

Except where noted on their respective biographies, the lawyers of our practice are not certified by the Texas Board of Legal Specialization or by the authority of their respective practice jurisdictions.

Disclaimer | Privacy Policy | Terms of Use | Attorney Advertising | Spam Policy | Regulatory Information | Contact Webmaster