# Exhibit 7

| United States Bankruptcy Court<br>Southern District of New York | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>Refco Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br><br>20-2537426 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>One World Financial Center<br>200 Liberty Street, Tower A<br>New York, New York 10281 | Street Address of Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:<br><br>New York, New York | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor<br>(if different from street address): | Mailing Address of Joint Debtor<br>(if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from addresses listed above) | |

## INFORMATION REGARDING DEBTOR (Check the Applicable Boxes)

Venue (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition Is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual | ☐ Railroad | ☐ Chapter 7   ☒ Chapter 11   ☐ Chapter 13 | |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☒ Partnership | ☐ Commodity Broker | ☐ Sec. 304-Case ancillary to foreign proceeding | |
| ☐ Other _____ | | | |
| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) | |
| ☐ Consumer/Non-Business | ☒ Business | ☒ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) | |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101.<br>☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e). (optional) | | Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. | |

| Statistical/Administrative Information (Estimates only)<br>☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will<br>   be no funds available for distribution to unsecured creditors | | **THIS SPACE IS FOR COURT<br>USE ONLY** |
|---|---|---|

| Estimated Number of Creditors<br>(consolidated with affiliates) | 1-15<br>☐ | 16-49<br>☐ | 50-99<br>☐ | 100-199<br>☐ | 200-999<br>☐ | 1,000-over<br>☒ | |
|---|---|---|---|---|---|---|---|

| Estimated Assets (consolidated with affiliates) | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☐ | $500,001 to<br>$1 million<br>☐ | $1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☒ |

| Estimated Debts (consolidated with affiliates) | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☐ | $500,001 to<br>$1 million<br>☐ | $1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☒ |

| Voluntary Petition | Name of Debtor(s): | Form B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | Refco Inc. | |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  None | Case Number:<br>N/A | Date Filed:<br>N/A |

| **Pending Bankruptcy Case Filed by Any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>See Annex A | Case Number:<br>As Assigned | Date Filed:<br>Same |
| District:<br>Southern District of New York | Relationship:<br>Affiliate | Judge:<br>As Assigned |

## SIGNATURES

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☒ Exhibit A is attached and made a part of this petition.<br><br>**Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>X _____<br>Signature of Attorney for Debtor(s)          Date<br><br>**Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X /s/ J. Gregory Milmoe _____<br>Signature of Attorney for Debtor(s)<br><br>J. Gregory Milmoe<br>Printed Name of Attorney for Debtor(s)<br><br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Firm Name<br><br>Four Times Square<br>New York, New York 10036<br>Address<br><br>(212) 735-3000<br>Telephone Number<br><br>October 17, 2005<br>Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>DENNIS A. KLEJNA<br>Printed Name of Authorized Individual<br><br>Executive Vice President + General Counsel<br>Refco, Inc.<br>Title of Authorized Individual<br><br>October 17, 2005<br>Date | X _____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C.§ 156. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                        :

In re:                         :       Chapter 11

Refco Inc., <u>et</u> <u>al.</u>,            :       Case No. 05 – _____ (___)

             **Debtors.**     :       (Jointly Administered)
                        :

-------------------------------------------------------------x

## EXHIBIT A TO VOLUNTARY PETITION

1.      If any of Debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is 333-123969.

2.      The following financial data is the latest available information and refers to the Debtor's condition on February 28, 2005[1][2]:

    a.     Total assets*               $48,765,349,000

    b.     Total liabilities*           $48,599,748,000

---

[1] Source: Prospectus filed pursuant to Rule 424(b)(1) on August 11, 2005; SEC File Number: 333-123969

[2] NOTE: Refco Inc. determined, on October 9, 2005, that its financial statements, as of, and for the periods ended, February 28, 2002, February 28, 2003, February 28, 2004, February 28, 2005, and May 31, 2005, taken as a whole, for each of Refco Inc., Refco Group Ltd., LLC and Refco Finance, Inc. should no longer be relied upon.

\*   The estimated assets and liabilities indicated herein are estimated on a consolidated basis for Refco Inc. and its affiliates.

1

| c. | | | Approximate No. of Holders |
|---|---|---|---|
| | Term Loan Facility as of May 31, 2005[3] | $644,000,000 | |
| | 9% Senior Subordinated Notes Due 2012[4] | $600,000,000 | Unknown |
| | | | |
| | | | |

| | | Number of Shares | Approximate Number of Holders |
|---|---|---|---|
| d. | Number of shares of preferred stock as of August 10, 2005 | 0 | 0 |
| e. | Number of shares of common stock outstanding as of August 10, 2005[5] | 127,500,000 | Unknown |

3.   Brief description of the Debtor's business:

     Refco Inc. and its affiliates constitute a diversified financial services organization with operations in 14 countries and a global institutional and retail client base.  Refco Inc.'s worldwide subsidiaries are members of principal U.S. and international exchanges, and are among the most active members of futures exchanges in Chicago, New York, London, Paris and Singapore.  In addition to its futures brokerage activities, Refco Inc. and its affiliates are major brokers of cash market products, including foreign exchange, foreign exchange options, government securities, domestic and international equities, emerging market debt, and OTC financial and commodity products.

---

[3] Source: Prospectus filed pursuant to Rule 424(b)(1) on August 11, 2005; SEC File Number: 333-123969

[4] Source: Prospectus filed pursuant to Rule 424(b)(1) on August 11, 2005; SEC File Number: 333-123969

[5] Source: Prospectus filed pursuant to Rule 424(b)(1) on August 11, 2005; SEC File Number: 333-123969

4.    The following chart sets forth a list of the names of any person known by the Debtor to own, control, or hold, directly or indirectly, with power to vote, 5% or more of the voting securities of the Debtor, as of August 10, 2005[6]:

| Name and Address | Shares Beneficially Owned | Percentage |
|---|---|---|
| Refco Group Holdings, Inc.[7] c/o Refco Group Ltd., LLC 200 Liberty Street, Tower A New York NY 10281 | 43,052,000 | 33.8 % |
| Thomas H. Lee Equity Fund V, L.P.[8] c/o Thomas H Lee Partners 100 Federal Street, 35th floor Boston, MA 02110 | 38,265,000 | 30.0 % |
| Thomas H. Lee Parallel Fund V, L.P[9] c/o Thomas H Lee Partners 100 Federal Street, 35th floor Boston, MA 02110 | 9,928,000 | 7.8 % |

---

[6] Source: Prospectus filed pursuant to Rule 424(b)(1) on August 11, 2005; SEC File Number: 333-123969

[7] Phillip Bennett directly and indirectly through each of Refco Group Holdings, Inc. and The Phillip R. Bennett Three Year Annuity Trust holds 43,052,000 shares (33.8%).

[8] Thomas H. Lee is the Chairman and CEO of Thomas H. Lee Partners, L.P. David V. Harkins, Scott L. Jaeckel and Scott A. Schoen serve as Vice Chairman and Managing Director, Managing Director and Co-President, respectively, of Thomas H. Lee Partners, L.P. Each of Messrs. Lee, Harkins, Jaeckel and Schoen may be deemed to beneficially own the shares of common stock held of record by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P. and Thomas H. Lee Equity (Cayman) Fund V, L.P. Each of these individuals disclaims beneficial ownership of such shares of common stock except to the extent of their pecuniary interest therein.

[9] Thomas H. Lee is the Chairman and CEO of Thomas H. Lee Partners, L.P. David V. Harkins, Scott L. Jaeckel and Scott A. Schoen serve as Vice Chairman and Managing Director, Managing Director and Co-President, respectively, of Thomas H. Lee Partners, L.P. Each of Messrs. Lee, Harkins, Jaeckel and Schoen may be deemed to beneficially own the shares of common stock held of record by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P. and Thomas H. Lee Equity (Cayman) Fund V, L.P. Each of these individuals disclaims beneficial ownership of such shares of common stock except to the extent of their pecuniary interest therein.

566609.04-New York Server 2A - MSW

## LIST OF AFFILIATES

On the date hereof, each of the affiliated entities listed below (including the debtor in this Chapter 11 case) filed in this Court a petition for relief under Chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of these petitions, these entities filed a motion requesting that the Court administratively consolidate for procedural purposes only and jointly administer their Chapter 11 cases.

1.    Refco Inc.
2.    Bersec International LLC
3.    Kroeck & Associates, LLC
4.    Marshall Metals LLC
5.    New Refco Group Ltd., LLC
6.    Refco Administration LLC
7.    Refco Capital LLC
8     Refco Capital Holdings LLC
9.    Refco Capital Management LLC
10.   Refco Capital Markets, LTD
11.   Refco Capital Trading LLC
12.   Refco Finance Inc.
13.   Refco Financial LLC
14.   Refco Fixed Assets Management LLC
15.   Refco F/X Associates LLC
16.   Refco Global Capital Management LLC
17.   Refco Global Finance Ltd.
18.   Refco Global Futures LLC
19.   Refco Global Holdings LLC
20.   Refco Group Ltd., LLC
21.   Refco Information Services LLC
22.   Refco Mortgage Securities, LLC
23.   Refco Regulated Companies LLC
24.   Summit Management LLC

**CERTIFICATE OF DENNIS KLEJNA TO RESOLUTIONS
ADOPTED BY THE BOARD OF DIRECTORS OF REFCO INC.**

I, the undersigned, being the Authorized Signatory of Refco Inc. (the "Company"), do hereby certify that the Board of Directors of the Company duly adopted the following resolutions at a meeting held on October 17, 2005 and that such resolutions have not been repealed or amended and remain in full force and effect:

RESOLVED that in the judgment of the Board of Directors it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petitions is authorized hereby; and it is further

RESOLVED that the officers of the Company or any one of them (collectively, the "Officers"), be and each hereby is, authorized and directed on behalf of the Company to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in a United States Bankruptcy Court in such form and at such time as the Officer executing said petition on behalf of the Company shall determine; and it is further

RESOLVED that the Officers, or any one of them be, and each hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED that the Company, as debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code be, and hereby

is, authorized to grant any guarantees, pledges, mortgages, and other security interests as necessary to obtain use of cash collateral or debtor-in-possession financing; and it is further

RESOLVED that the Officers be, and each of them hereby is, authorized to execute and deliver for and on behalf of the Company, as debtor and debtor-in-possession, such agreements, instruments and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, including, without limitation, any credit agreement, promissory note, letter of credit application, guarantee, mortgage, or other security instrument, containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Officers, or any of them so acting; and it is further

RESOLVED that the Officers be, and each of them hereby is, authorized and empowered for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and it is further

RESOLVED that the Officers be, and each of them hereby is, authorized, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

2

RESOLVED that all acts lawfully done or actions lawfully taken by any Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

IN WITNESS WHEREOF, I have executed this Certificate as of October 17, 2005.

Name: Dennis Klejna
Title: Authorized Signatory

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THE FIFTY LARGEST UNSECURED CLAIMS

Following is a consolidated list of creditors holding the 50 largest unsecured claims against Refco Inc and certain of its subsidiaries and affiliates (collectively, the "Debtors"), as of approximately October 13-18, 2005. The list has been prepared on a consolidated basis, based upon the books and records of the Debtors that have contemporaneously commenced chapter 11 cases in this Court. The Debtors used estimates for market values for securities and currencies and related company offsets. The Debtors believe to the best of their knowledge that this list is representative of the 50 largest creditors in each of the affiliated cases. The information presented in the list shall not constitute an admission by, nor is it binding on, the Debtors.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims.[1]

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated, and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 1. | Bawag International Finance BAWAG P.S.K. Bank fur Arbeit und Wirtschaft und Osterreichische Postsparkasse Aktiengesellschaft Sietzergasse 2-4 A-1010 Vienna, Austria P: +43/1/534 53/31210 F: +43/1/534 53/ 2284 | Unknown | Unknown | Unknown | 451,158,506 |
| 2. | Wells Fargo Corporate Trust Services Mac N9303-120 Sixth & Marquette Minneapolis, MN 55497 P: 612-316-47727 | Julie J. Becker | Bond Debt | Unknown | $390,000,000 |

[1] The Debtors have not yet identified which of the 50 largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff. The Debtors reserve the right to identify any of the 50 largest unsecured claims in their Schedules as contingent, unliquidated, disputed and/or subject to setoff, as appropriate. In addition, the following amounts may represent an obligation to return securities or currency (domestic or foreign). These amounts represent historical numbers that may vary significantly as the market value for such securities and foreign currency changes. Finally, these amounts may be gross amounts, and do not include credits that may exist at other affiliated non-debtors.

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 3. | VR Global Partners, LP<br>Avora Business Park<br>77 SADOVNICHESKAYA NAB. BLDG.1<br>Moscow, Russia 115035 | Unknown | Unknown | Unknown | 380,149,056 |
| 4. | Rogers Raw Materials Fund<br>C/O BEELAND MANAGEMENT<br>141 WEST JACKSON BLVD STE:1340<br>CHICAGO, IL 60604<br>P: (312) 264 - 4375<br>Fax is broker specific | Unknown | Unknown | Unknown | 287,436,182 |
| 5. | Bancafe International Bank Ltd<br>Columbia Office:<br>Carrera 11 82-76<br>Segundo 2<br>Bogotá, Colombia<br>P: 636-4349<br><br>Miami Office:<br>801 Brickell Ave. Ph1<br>Miami, Fl 33131<br>P: 305-372-9909<br>F: 305-372-1797 | Unknown | Unknown | Unknown | 176,006,738 |
| 6. | Markwood Investments<br>Via Lovanio,<br>#19 00198<br>Rome, Italy | Unknown | Unknown | Unknown | 110,056,725 |
| 7. | Capital Management Select Fund<br>Lynford Manor, Lynford Cay<br>Nassau, BF | Unknown | Unknown | Unknown | 109,009,282 |
| 8. | Leuthold Funds Inc<br>Leuthold Industrial Metals, LP<br>100 North 6th Street<br>Suite 412A,<br>Minneapolis, MN, 55403<br>P: 612-332-9141<br>F: 612-332-0797<br>Attn: David Cragg | Unknown | Unknown | Unknown | 107,264,868 |

2

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 9. | Rietumu Banka<br>JSC Rietumu Banka<br>Reg. No. 40003074497<br>VAT No. LV40003074497<br>54 Brivibas str<br>Riga, LV-1011<br>LATVIA<br>P: +371-7025555<br>F: +371-7025588 | Unknown | Unknown | Unknown | 100,860,048 |
| 10. | Cosmorex Ltd<br>CP 8057<br>28080 Madrid, Spain<br>P: +34-607-745-555<br>F: +34-667-706-622 | Unknown | Unknown | Unknown | 91,393,820 |
| 11. | BCO Hipotecario Inv. Turistic<br>(Fidelicomiso Federal Forex Invest)<br>Av Venezuela<br>Torre Cremerca, Piso 2<br>Ofici B2 El Rosal<br>Caracas, VE | Unknown | Unknown | Unknown | 85,807,030 |
| 12. | VR ARGENTINA RECOVERY FUND<br>Avrora Business Park<br>77 Sadovnicheskayanab BLDG 1.<br>Moscow, 115035<br>Russia, RS | Unknown | Unknown | Unknown | 77,710,311 |
| 13. | Rogers International Raw Materials<br>c/o Beeland Management<br>141 West Jackson Blvd.Ste:1340<br>Chicago IL 60604<br>P: (312) 264 - 4375<br>Fax is broker specific | Unknown | Unknown | Unknown | 75,213,814 |
| 14. | Creative Finance Limited; Marcy Building, Purcell Estate, P.O. Box 2416 Road Town BVI | Unknown | Unknown | Unknown | 65,111,071 |
| 15. | Cargill<br>PO Box 9300<br>Minneapolis, MN<br>55440-9300<br>P: (952) 742-7575<br>F: (952) 742-7393 | Unknown | Unknown | Unknown | 67,000,000 |

3

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 16. | JWH Global Trust<br>c/o Refco Commodity Management Inc.<br>One World Financial Center<br>200 West Liberty St., 22nd Floor<br>New York, NY 10281p | Unknown | Unknown | Unknown | 50,576,912 |
| 17. | RB Securities Limited<br>54 Brivibas Street<br>LV-1011<br>Riga, Lativa<br>P: + 371 702-52-84<br>F: + 371 702-52-26 | Unknown | Unknown | Unknown | 50,661,064 |
| 18. | PREMIER TRUST CUSTODY<br>ABRAHAM DE VEERSTRAAT 7-A,<br>CURACAO, NETHERLANDS<br>ANTILLES | Unknown | Unknown | Unknown | 49,365,415 |
| 19. | London & Amsterdam Trust Company<br>PO Box 10459 APO<br>3Floor<br>Century Yard<br>Cricket Square, Elgin Ave.<br>Grand Cayman, Cayman Island | Unknown | Unknown | Unknown | 47,560,980 |
| 20. | STILTON INTERNATIONAL<br>HOLDINGS, TRIDENT CHAMBERS,<br>WICKHAMS CAY, P.O.BOX 146,<br>ROAD TOWN, BRITISH VIRGIN<br>ISLANDS | Unknown | Unknown | Unknown | 46,820,415 |
| 21. | Refco Advantage Multi-Manager Fund<br>Futures Series<br>c/o Refco Alternative Investments<br>Group<br>One World Financial Center<br>200 West Liberty St., 22nd Floor<br>New York, NY 10281 | Unknown | Unknown | Unknown | 41,713,723 |
| 22. | BANESCO NY<br>BANESCO BANCO UNIVERSAL<br>C.A., AV URDANETA, ESQUINA EL<br>CHORRE, TORRE UNIBANCA,<br>CARACAS VENEZUELA | Unknown | Unknown | Unknown | 39,596,609 |
| 23. | Josefina Franco Sillier<br>Carretera Mexico-Toluca No. 4000<br>Col. Cuajimalpa<br>D.R. 0500 Mexico | Unknown | Unknown | Unknown | 32,862,419 |

4

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent, Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 24. | Rovida London & Amsterdam Trust Company PO Box 10459 APO 3RD FL. Century Yard Cricket Sq. | Unknown | Unknown | Unknown | 32,831,461 |
| 25. | Caja S.A. Sarmiento 299 1 Subsuelo (1353) Buenos Aires, Argentina P: (54 11) 4317-8900 F: (54 11) 4317-8909 | Unknown | Unknown | Unknown | 30,950,115 |
| 26. | Global Management Worldwide Trident Corp. Service Floor 1 Kings Court Bay St. PO Box 3944 Nassau, Bahamas | Unknown | Unknown | Unknown | 28,976,612. |
| 27. | Abadi & Co. Securities 375 Park Avenue Suite 3301 New York, NY 10152 P: (212) 319 - 4135 | Unknown | Unknown | Unknown | 28,046,904 |
| 28. | Refco Winton Diversified Futures Fund, c/o Refco Global Finance One World Financial Center 200 West Liberty street, 22nd Floor New York, NY 10281 | Unknown | Unknown | Unknown | 27,226,697 |
| 29. | Pioneer Futures, Inc. One North End Ave. Suite 1251 New York, NY 10282 | Unknown | Unknown | Unknown | 25,932,000 |
| 30. | Daichi Commodities CO., LTD.; 10-10 Shinsen, Cho, Shibuya-Ku Tokyo, 150-0045 | Unknown | Unknown | Unknown | 24,894,833 |
| 31. | GS Jenkins Portfolio LLC. c/o Refco Capital Markets One World Financial Center 200 West Liberty street, 22nd Floor New York, NY 10281 | Unknown | Unknown | Unknown | 24,631,959 |

5

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 32. | Winchester Preservation<br>c/o Joseph D. Freney<br>Christiana Bank & Trust Co.<br>3801 Kennett Pike, Suite 200<br>Greenville, DE 19807 | Unknown | Unknown | Unknown | 23,349,765 |
| 33. | BANCO AGRI<br><br>BANCO AGRICOLA (PANAMA) S.A,<br>EDIFICIO GLOBAL BANK<br>#17,LOCAL F, CALLE 50 PANAMA,<br>PA<br><br>BANCO AGRICOLA, S.A, IRA.<br>CAKKE PTE. Y 67 AV.NORTE,<br>FINAL BLVD CONSTITUCION #100,<br>SAN SALVADOR, ES | Unknown | Unknown | Unknown | 22,314,386 |
| 34. | Peak Partners Offshore Master Fund Limited<br>PO Box 2199 GT<br>Grand Pavilion Commercial Center<br>802 West Bay Road<br>Grand Cayman, Cayman Islands | Unknown | Unknown | Unknown | 22,205,344 |
| 35. | Arbat Equity Arbitrage Fund<br>Trident Corporate Services<br>1st Floor Kings Court<br>Bay Street<br>PO Box N3944<br>Nassau Bahamas, Nassau | Unknown | Unknown | Unknown | 19,106,989 |
| 36. | Renaissance Securities (Cyprus) Ltd.<br>2-4 Arch Makarios 111 Avenue<br>Capital Center, 9th Floor<br>1505 Nicosia<br>Cyprus | Unknown | Unknown | Unknown | 17,820,709 |
| 37. | AQR Absolute Return<br>c/o Caledonian Bank & Trust LTD<br>PO Box 1043 GT<br>Caledonian House, Grand Cayman<br>Cayman Islands | Unknown | Unknown | Unknown | 17,482,100 |
| 38. | Geshoa Fund<br>CORPORATE CENTER<br>WEST BAY ROAD<br>PO BOX 31106 SMB<br>GRAND CAYMAN | Unknown | Unknown | Unknown | 17,319,494 |

6

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 39. | RK Consulting<br>7, Kountouriotou Street<br>14563 Kifissia<br>Greece | Unknown | Unknown | Unknown | $14,074,345 |
| 40. | VR Capital Group Ltd.<br>AVRORA BUSINESS PARK<br>CALENDONIAN HOUSE MARY STREET<br>NAB 77 BLDG 1<br>MOSCOW RUSSIA 115035<br>P: +358 600 41 902 | Unknown | Unknown | Unknown | 13,690,549 |
| 41. | GTC Bank, INC.<br>CALLE 55 ESTE<br>TORRE WORLD TRADE CENTER<br>PISO 7<br>PANAMA<br>GUATEMALA<br>P: ( 507 ) 265-7371<br>F: 265-7396 | Unknown | Unknown | Unknown | 12,971,439 |
| 42. | Inversiones Concambi<br>C/O AEROCAV 1029 P.O. BOX 02-5304<br>MIAMI, FL 33102 | Unknown | Unknown | Unknown | 12,799,137 |
| 43. | Miura Financial Services<br>AV. FRANCISCO DE MIRANDA<br>TORRE LA<br>PRIMERA PISO 3<br>CARACAS VE | Unknown | Unknown | Unknown | 12,150,213 |
| 44. | NKB Investments LTD<br>199 ARCH .MAKARIOS AVE<br>196 Makarios III Avenue, Ariel Corner<br>3rd Floor, Office 301 3030 Limassol | Unknown | Unknown | Unknown | 11,699,430 |
| 45. | Tokyo Forex Financial Inc, Shinjyuku Oak Tower, 35th Floor, 6-8-1 Nishishinjyuku, Shinjyuku-Ku, Tokyo | Unknown | Unknown | Unknown | 11,689,354 |
| 46. | Birmingham Merchant S.A.<br>AV. ARGENTINA 4793<br>PISO 3<br>CALLAO PERU | Unknown | Unknown | Unknown | 11,215,413 |

7

| | Name, Address, Phone and Fax No. of Creditor | Person(s) Familiar with Debtors' Account | Nature of Claim | Contingent Unliquidated and/or Disputed | Approximate Amount of Claim |
|---|---|---|---|---|---|
| 47. | BAC International<br>CALLE 43 QNQUILLO DE LAGUAR<br>PANAMA<br>P: (507) 265-8289<br>F: 507-205-4031 | Unknown | Unknown | Unknown | 10,906,506 |
| 48. | Total Bank<br>CALLE GUAICAIPURO ENTRE<br>AV.PRINCIPAL DE<br>IAS MERCEDES<br>TORRE ALIANZA PISO 9<br>EL ROSAL<br>CAACAS,- VE<br>P: (0212) 264.72.54 / 49.42<br>F: (0212) 266.58.12 | Unknown | Unknown | Unknown | 10,657,732 |
| 49. | Reserve Invest(Cypress) Limited<br>MAXIMOS PLAZA<br>3301 BLOCK 3<br>3035 LIMASSOL<br>CYPRUS CY | Unknown | Unknown | Unknown | 10,499,733 |
| 50. | Refco Commodity Futures Fund<br>c/o Refco Alternative Investments<br>Group<br>One World Financial Center<br>200 Liberty Street, 22nd Floor<br>New York, New York  10281<br>P: 877 538 8820<br>F: 877 229 0005 | Unknown | Unknown | Unknown | 10,166,045 |

8

I, Gerald M. Sherer of Refco Inc., declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge, information, and belief.

By:    /s/ Gerald M. Sherer
Name:  Gerald M. Sherer
Title: Executive Vice President and
Chief Financial Officer of Refco Inc.

9

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - -x
                     :
     In re               :     Chapter 11
                     :
Refco Inc, et al.,       :     Case No. 05-
                     :
           Debtors.    :     (Jointly Administered)
                     :
- - - - - - - - - - - - - - - - - - - - - - -x

### CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the Debtors hereby states that the following corporations directly or indirectly own 10% or more of the equity interests of Refco Inc.:

- Refco Group Holdings, Inc.[1]
- Thomas H. Lee Equity Fund V, L.P.[2]
- Thomas H. Lee Parallel Fund V, L.P[3]

Refco Inc. owns all of the outstanding membership interests in New Refco Group Ltd., LLC.

New Refco Group, Ltd., LLC owns all of the outstanding membership interests in Refco Group Ltd., LLC.

---

[1]    Phillip Bennett directly and indirectly through each of Refco Group Holdings, Inc. and The Phillip R. Bennett Three Year Annuity Trust holds 43,052,000 shares (33.8%).

[2]    Thomas H. Lee is the Chairman and CEO of Thomas H. Lee Partners, L.P. David V. Harkins, Scott L. Jaeckel and Scott A. Schoen serve as Vice Chairman and Managing Director, Managing Director and Co-President, respectively, of Thomas H. Lee Partners, L.P. Each of Messrs. Lee, Harkins, Jaeckel and Schoen may be deemed to beneficially own the shares of common stock held of record by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P. and Thomas H. Lee Equity (Cayman) Fund V, L.P.

[3]    Thomas H. Lee is the Chairman and CEO of Thomas H. Lee Partners, L.P. David V. Harkins, Scott L. Jaeckel and Scott A. Schoen serve as Vice Chairman and Managing Director, Managing Director and Co-President, respectively, of Thomas H. Lee Partners, L.P. Each of Messrs. Lee, Harkins, Jaeckel and Schoen may be deemed to beneficially own the shares of common stock held of record by Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P. and Thomas H. Lee Equity (Cayman) Fund V, L.P.

Refco Group Ltd., LLC owns all of the outstanding membership interests in Bersec International, LLC, Summit Management, LLC, Kroeck & Associates, LLC, Refco Global Capital Management, LLC, Marshall Metals, LLC, Refco Fixed Assets Management, LLC, Refco Mortgage Securities, LLC, Refco Regulated Companies, LLC, and Refco Capital Holdings LLC, and all of the outstanding capital stock of Refco Finance Inc.

Refco Regulated Companies, LLC owns all of the outstanding membership interests in Refco Global Futures, LLC.

Refco Global Futures, LLC owns all of the outstanding membership interests in Refco Global Holdings, LLC, and all of the capital stock in Refco Canada Finance Inc.

Refco Capital Holdings, LLC owns all of the outstanding membership interests in Refco Capital Management, LLC, Refco F/X Associates, LLC, Refco Administration, LLC, Refco Financial LLC, Refco Capital Trading, LLC and Refco Information Services, LLC and all of the outstanding shares in Refco Capital Markets, Ltd.

Refco Capital Management, LLC owns all of the outstanding membership interests in Refco Capital LLC and Refco Global Finance Ltd.

I, the undersigned officer of Refco Inc., one of the companies named as a debtor in the above-captioned cases, declare under penalty of perjury, that I have read the foregoing list and that it is true and correct as of the date referenced therein, to the best of my knowledge, information, and belief.

Dated: October 17, 2005                    Signature: _____
                                           Name:    Dennis Klejna
                                           Title: