UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

THOMAS H. LEE EQUITY FUND V, L.P. et al.

                  Plaintiffs,

  -v-

MAYER BROWN, ROWE & MAW LLP,

                  Defendant,

------------------------------------------------------------------x

07 Civ. 6767 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

GERARD E. LYNCH, District Judge:

      On February 20, 2008, plaintiffs filed their First Amended Complaint (Doc. # 51). The Court having been advised that defendant intends to file a new motion to dismiss the First Amended Complaint, it is hereby ORDERED that the previous motions to dismiss filed in this case (Docs. ## 19 and 22) are dismissed as moot. The Clerk of Court is respectfully requested to close out these motions for all internal statistical purposes.

SO ORDERED:

Dated: New York, New York
       February 27, 2008

                                              GERARD E. LYNCH
                                            United States District Judge