UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

THOMAS H. LEE EQUITY FUND V, L.P.,
THOMAS H. LEE PARALLEL FUND V, L.P.,
and THOMAS H. LEE EQUITY (CAYMAN)
FUND V, L.P.,

                     Plaintiffs,

    v.

MAYER, BROWN, ROWE & MAW LLP,

                     Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

07 Civ. 6767 (GEL)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties that:

    1.    Defendants Mayer Brown LLP and Mayer Brown International LLP shall respond to the First Amended Complaint dated February 20, 2008, by answer or motion, no later than March 28, 2008.

    2.    Under Rule 15 of the Federal Rules of Civil Procedure, the defendants would have been required to respond to the First Amended Complaint no later than March 10, 2008.

    3.    There have been no previous motions or requests for extensions of time to respond to the First Amended Complaint. Briefing with respect to Mayer Brown's motion to dismiss the Original Complaint was completed as of December 17, 2007.

Dated: New York, New York
March 3, 2008

By: _____
Greg A. Danilow (GD-1621)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000


-- and --


Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
*Attorneys for Plaintiffs*
*Thomas H. Lee Equity Fund V, L.P.,*
*Thomas H. Lee Parallel Fund V, L.P.,*
*and Thomas H. Lee Equity (Cayman)*
*Fund V, L.P.*

By: _____
John K. Villa (admitted *pro hac vice*)
George A. Borden (GB-7019)
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
*Attorneys for Defendant Mayer Brown LLP*


By: _____
Joel M. Cohen (JC-9162)
Anthony M. Candido (AC-9458)
Timothy Casey (TC-3857)
CLIFFORD CHANCE US LLP
31 West 52nd St.
New York, NY 10019
Tel: (212) 878-8000
*Attorneys for Defendant Mayer Brown*
*International LLP*


SO ORDERED.


Dated: New York, NY

_____March 4_____, 2008

_____
The Honorable Gerard E. Lynch
United States District Judge