UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THOMAS H. LEE EQUITY FUND V, L.P.,       :       07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,     :
and THOMAS H. LEE EQUITY (CAYMAN)        :       **STIPULATION AND ORDER**
FUND V, L.P.,                            :
                                         :
                         Plaintiffs,     :
            v.                           :
                                         :
MAYER, BROWN, ROWE & MAW LLP,            :
                                         :
                         Defendant.      :
                                         :
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

undersigned parties that:

1.     Defendant Mayer Brown LLP, an Illinois Limited Liability Partnership,

shall be permitted to file a memorandum of law of up to sixty (60) pages in support of its motion

to dismiss the Amended Complaint.

2.     Plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel

Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. shall serve their opposition to

the Motion to Dismiss of Mayer Brown LLP, an Illinois Limited Liability Partnership, and the

Motion to Dismiss of Mayer Brown International LLP, a UK Limited Liability Partnership, on or

before May 22, 2008.

3.      Plaintiffs shall be permitted to file a memorandum of law of up to sixty

(60) pages in opposition to the Motion to Dismiss of Mayer Brown LLP, an Illinois Limited

Liability Partnership.

Dated: New York, New York
      March 26, 2008

By: _____

Greg A. Danilow (GD-1621)
Paul Dutka (PD-2568)
WEIL, GOTSHAL & MANGES LLP
767 Fifth AVENUE
New York, NY 10153
Tel: (212) 310-8000

-- and --


Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
*Attorneys for Plaintiffs*
*Thomas H. Lee Equity Fund V, L.P.,*
*Thomas H. Lee Parallel Fund V, L.P.,*
*and Thomas H. Lee Equity (Cayman)*
*Fund V, L.P.*


By: _____

John K. Villa (admitted *pro hac vice*)
George A. Borden (GB-7019)
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
*Attorneys for Defendant Mayer Brown LLP*


By: _____

Joel M. Cohen (JC-9162)
Anthony M. Candido (AC-9458)
Timothy Casey (TC-3857)
CLIFFORD CHANCE US LLP
31 West 52nd St.
New York, NY 10019
Tel: (212) 878-8000
*Attorneys for Defendant Mayer Brown*
*International LLP*


SO ORDERED.


Dated: New York, New York

_____March 28_____, 2008


_____
The Honorable Gerard E. Lynch
United States District Judge