UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
THOMAS H. LEE EQUITY FUND V, L.P.,           :   07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P.,         :
and THOMAS H. LEE EQUITY (CAYMAN)            :   **NOTICE OF MOTION TO**
FUND V, L.P.,                                :   **DISMISS OF MAYER BROWN**
:   **LLP**
            Plaintiffs,                      :
   v.                                        :
:
MAYER, BROWN, ROWE & MAW LLP,                :
:
            Defendant.                       :
:
---------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declaration of Thomas G. Ward and exhibits annexed thereto, both dated March 28, 2008, Defendant Mayer Brown LLP moves this Court before the Honorable Gerard E. Lynch, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing this action.

Dated: Washington, D.C.
       March 28, 2008

                                         Respectfully submitted,

                                         */s/ Thomas G. Ward*

                                         John K. Villa (admitted *pro hac vice*)
                                         George A. Borden (GB-7019)
                                         Thomas G. Ward (TW- 6255)
                                         WILLIAMS & CONNOLLY LLP
                                         725 Twelfth St., NW
                                         Washington, DC  20005
                                         (202) 434-5000
                                         (202) 434-5029 (fax)

                                         *Attorneys for Defendant Mayer Brown LLP*

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 28th day of March, 2008, I caused true and correct copies of the Notice of Motion to Dismiss of Mayer Brown LLP, the Memorandum of Law in Support of Motion to Dismiss of Mayer Brown LLP, and the Declaration of Thomas G. Ward in Support of Motion to Dismiss of Mayer Brown LLP and exhibits annexed thereto to be filed electronically. Notice of these filings will be electronically mailed to all parties registered with the Court's electronic filing system.

                                                            /s/ Thomas G. Ward
                                                          Thomas G. Ward (TW-6255)