UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS H. LEE EQUITY FUND V, L.P.,
THOMAS H. LEE PARALLEL FUND V, L.P., and
THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P.,

           Plaintiffs,

v.

MAYER, BROWN, ROWE & MAW LLP,

           Defendant.

07 Civ. 6767 (GEL)

**Electronically Filed**

---

### JOINDER OF MAYER BROWN INTERNATIONAL LLP IN MAYER BROWN LLP'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant Mayer Brown International LLP, by its attorneys, Clifford Chance US LLP, hereby joins in the Motion to Dismiss Plaintiffs' First Amended Complaint, filed by Defendant Mayer Brown LLP on March 28, 2008. The Mayer Brown International LLP Defendant joins for the reasons set forth in the motion and adopt the arguments contained therein.

Dated:    March 28, 2008

           Respectfully submitted,
           CLIFFORD CHANCE US LLP

           By: _Joel M. Cohen w/ TJC_

           Joel M. Cohen (JC-9162)
           Anthony M. Candido (AC-9458)
           CLIFFORD CHANCE US LLP
           31 West 52nd Street
           New York, New York 10019
           Tel: (212) 878-8000
           Fax: (212) 878-8375

           *Attorneys for the*
           *UK Limited Liability Partnership*
           *Mayer Brown International LLP*