## WEIL, GOTSHAL & MANGES LLP



767 FIFTH AVENUE
NEW YORK, NY 10153

(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
PARIS
PRAGUE
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

May 22, 2008

PAUL DUTKA
DIRECT LINE (212) 310-8949
E-MAIL: paul.dutka@weil.com

**BY FACSIMILE**

The Honorable Gerard E. Lynch
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007

> Re:   **Thomas H. Lee Equity Fund V, L.P., et al. v. Mayer,
> Brown, Row & Maw LLP - 07 Civ. 6767 (GEL)**

Dear Judge Lynch:

We represent plaintiffs Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V, L.P., and Thomas H. Lee Equity (Cayman) Fund V, L.P. (the "THL Funds") in the above-referenced action.

We write to request a one-day extension, through tomorrow, May 23, 2008, for the filing of the THL Funds' opposition to Mayer Brown's motions to dismiss the Amended Complaint. Counsel for both movants, Mayer Brown LLP and Mayer Brown International LLP, have consented to the extension. This is the first request for an extension.

Thank you for your attention to this matter.

Respectfully submitted,

Paul Dutka

NY1:\1559307\01\XF6301!.DOC\77356.0062

**SO ORDERED**

GERARD E. LYNCH, U.S.D.J.

5/22/08

The Honorable Gerard E. Lynch
May 22, 2008
Page 2


cc:     Thomas Ward, Esq. (via e-mail)
        Williams & Connolly LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Tel.: (202) 434-5000
        Fax: (202) 434-5020
        *Attorneys for Defendant*
        *Mayer Brown LLP*

        Anthony M. Candido, Esq. (via e-mail)
        Clifford Chance US LLP
        31 W 52nd Street
        New York, NY 10019
        Tel.: (212) 878-8000
        Fax: (212) 878-8375
        *Attorneys for Defendant*
        *Mayer Brown International LLP*