Lynch, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THOMAS H. LEE EQUITY FUND V, L.P.,  : 07 Civ. 6767 (GEL)
THOMAS H. LEE PARALLEL FUND V, L.P., :
and THOMAS H. LEE EQUITY (CAYMAN)   : **STIPULATION AND ORDER**
FUND V, L.P.,                        :
                                     :
             Plaintiffs,             :
        v.                           :
                                     :   USDC SDNY
MAYER, BROWN, ROWE & MAW LLP,        :   DOCUMENT
                                     :   ELECTRONICALLY FILED
             Defendant.              :   DOC #: _____
                                     :   DATE FILED: 6/6/08
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties that:

1. Defendants Mayer Brown LLP and Mayer Brown International LLP shall file their reply memoranda in response to Plaintiffs' Memorandum of Law in Opposition to Defendant's Motions to Dismiss dated May 23, 2008 no later than July 2, 2008.

2. Under Local Civil Rule 6.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the defendants would have been required to file their reply memoranda no later than June 5, 2008. There have been no previous motions or requests for extensions of time regarding this issue.

3. Defendant Mayer Brown LLP shall be permitted to file a reply memorandum of law of up to forty-five (45) pages in support of its motion to dismiss the Amended Complaint.

4. Defendant Mayer Brown International LLP shall be permitted to file a reply memorandum of law of up to five (5) pages in support of its motion to dismiss the Amended Complaint.

Dated: New York, New York
June 3, 2008

By: _____
Greg A. Danilow (GD-1621)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000

-- and --

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
*Attorneys for Plaintiffs*
*Thomas H. Lee Equity Fund V, L.P.,*
*Thomas H. Lee Parallel Fund V, L.P.,*
*and Thomas H. Lee Equity (Cayman)*
*Fund V, L.P.*

By: _____
John K. Villa (admitted *pro hac vice*)
George A. Borden (GB-7019)
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
*Attorneys for Defendant Mayer Brown LLP*

By: _____
Joel M. Cohen (JC-9162)
Anthony M. Candido (AC-9458)
Timothy Casey (TC-3857)
CLIFFORD CHANCE US LLP
31 West 52nd St.
New York, NY 10019
Tel: (212) 878-8000
*Attorneys for Defendant Mayer Brown*
*International LLP*

SO ORDERED.

Dated: New York, NY

_____June 4_____, 2008

_____
The Honorable Gerard E. Lynch
United States District Judge