UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS H. LEE EQUITY FUND V, L.P.,
THOMAS H. LEE PARALLEL FUND V, L.P., and
THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P.,

Plaintiffs,

v.

MAYER, BROWN, ROWE & MAW LLP,

Defendant.

07 Civ. 6767 (GEL)

**Electronically Filed**

## JOINDER OF MAYER BROWN INTERNATIONAL LLP IN MAYER BROWN LLP'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Defendant Mayer Brown International LLP, by its attorneys, Clifford Chance US LLP, hereby joins in the Reply Memorandum in Support of Motion to Dismiss, filed by Defendant Mayer Brown LLP on July 2, 2008. The Mayer Brown International LLP Defendant joins for the reasons set forth in the motion and adopts the arguments contained therein.

Dated:   July 2, 2008

Respectfully submitted,

CLIFFORD CHANCE US LLP

By: _____

Joel M. Cohen (JC-9162)
Anthony M. Candido (AC-9458)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel: (212) 878-8000
Fax: (212) 878-8375

*Attorneys for the
UK Limited Liability Partnership
Mayer Brown International LLP*