UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THOMAS H. LEE EQUITY FUND V, L.P.,       :
THOMAS H. LEE PARALLEL FUND V, L.P.,     :
and THOMAS H. LEE EQUITY (CAYMAN)            07 MDL 1902 (JSR)
FUND V, L.P.,                            :
                                             07 Civ. 6767 (JSR)
            Plaintiffs,                  :
                                             ECF-FILED
      v.                                 :
                                         :
MAYER, BROWN, ROWE & MAW LLP,            :
AND JOSEPH P. COLLINS,                   :
                                         :
            Defendants.                  :
---------------------------------------- X

## JOINDER OF JOSEPH P. COLLINS IN MAYER BROWN LLP AND MAYER BROWN INTERNATIONAL LLP'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED RICO CONSPIRACY CLAIM

Defendant Joseph P. Collins, by his attorneys, Cooley Godward Kronish LLP, hereby joins in sections II, III and IV of the Reply Memorandum In Support of Mayer Brown LLP and Mayer Brown International LLP's Motion To Dismiss Plaintiffs' Amended RICO Conspiracy Claim filed by defendants Mayer Brown LLP and Mayer Brown International LLP, on February 9, 2010, and adopts the arguments contained therein.

Dated: New York, New York
February 9, 2010

COOLEY GODWARD KRONISH LLP

By: _____
William J. Schwartz (WJS 8462)
Jonathan Bach (JPB 9710)
Kathleen E. Cassidy (KC 0630)

1114 Avenue of the Americas
New York, NY 10036
Phone: (212) 479-6000
Fax: (212) 479-6275

*Attorneys for Defendant Joseph P. Collins*